**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SIENTRA, INC., *et al.*,[1] | ) Case No. 24-10245 (JTD) |
| | ) |
| Debtors. | ) (Joint Administration Requested) |
| | ) |
| | ) **Ref. Docket Nos. 26-28 & 33** |

## CERTIFICATE OF SERVICE

I, HUGO SUAREZ, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 13, 2024, I caused to be served the:

   a. "Motion and Order for Admission Pro Hac Vice," dated February 13, 2024 [Docket No. 26],

   b. "Motion and Order for Admission Pro Hac Vice," dated February 13, 2024 [Docket No. 27],

   c. "Motion and Order for Admission Pro Hac Vice," dated February 13, 2024 [Docket No. 28], and

   d. "Debtors' Motion to Shorten Notice and Schedule Expedited Hearing on Bid Procedures Motion," dated February 13, 2024 [Docket No. 33],

   by causing true and correct copies to be:

   i. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

   ii. delivered via electronic mail to those parties listed on the annexed Exhibit B.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Sientra, Inc. (1000); Mist Holdings, Inc. (4221); Mist, Inc. (1202); and Mist International, Inc. (3363). The Debtors' service address is 3333 Michelson Drive, Suite 650, Irvine, CA 92612.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Hugo Suarez*
Hugo Suarez

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| COMMONWEALTH OF PUERTO RICO ATTY | GENERAL ATTN: DOMINGO EMANUELLI HERNANDEZ PO BOX 9020192 SAN JUAN PR 00902-0192 |
| INTERNAL REVENUE SERVICE | P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| NORTHERN MARIANA ISLANDS ATTY | GENERAL ATTN: EDWARD MANIBUSAN CALLER BOX 10007 SAIPAN MP 96950-8907 |
| OFFICE OF THE US ATTORNEY | DISTRICTR OF DELAEARE 1313 N. MARKET STREET, SUITE 400 WILMINGTON DE 19801 |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN: STEVE MARSHALL 501 WASHINGTON AVE MONTGOMERY AL 36104 |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN: STEVE MARSHALL PO BOX 300152 MONTGOMERY AL 36130-0152 |
| STATE OF AMERICAN SAMOA AG | FAINU ULELEI FALEFATU,AMERICANSAMOA EXEC OFF BLDG, UTULEI PAGO PAGO AS 96799 |
| STATE OF CALIFORNIA AG | CONSUMER PROTECTION SEC.,BANKR NOTI 455 GOLDEN GATE AVE., STE. 11000 SAN FRANCISCO CA 94102-7004 |
| STATE OF CALIFORNIA ATTORNEY | GENERAL ATTN: ROB BONTA 1300 'I' ST SACRAMENTO CA 95814-2919 |
| STATE OF FLORIDA ATTORNEY GENERAL | ATTN: ASHLEY MOODY PL 01 THE CAPITOL TALLAHASSEE FL 32399-1050 |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: KWAME RAOUL 100 W RANDOLPH ST CHICAGO IL 60601 |
| STATE OF INDIANA ATTORNEY GENERAL | ATTN: TODD ROKITA INDIANA GOVERNMENT CENTER SOUTH 302 W WASHINGTON ST, 5TH FL INDIANAPOLIS IN 46204 |
| STATE OF KANSAS ATTORNEY GENERAL | ATTN: KRIS W. KOBACH 120 SW 10TH AVE, 2ND FL TOPEKA KS 66612 |
| STATE OF KENTUCKY ATTORNEY GENERAL | ATTN: DANIEL CAMERON 700 CAPITOL AVE, STE 118 FRANKFORT KY 40601-3449 |
| STATE OF MISSISSIPPI ATTORNEY | GENERAL ATTN: LYNN FITCH PO BOX 220 JACKSON MS 39205 |
| STATE OF MONTANA ATTORNEY GENERAL | ATTN: AUSTIN KNUDSEN JUSTICE BLDG 215 N SANDERS ST HELENA MT 59601 |
| STATE OF NEW JERSEY AG | MATTHEW J. PLATKIN 25 MARKET ST - PO BOX 080 TRENTON NJ 08625-0080 |
| STATE OF NEW MEXICO AG | ATTN: RAUL TORREZ 408 GALISTEO ST, VILLAGRA BLDG SANTA FE NM 87501 |
| STATE OF NEW YORK ATTORNEY GENERAL | ATTN: LETITIA A. JAMES DEPT. OF LAW THE CAPITOL, 2ND FL ALBANY NY 12224-0341 |
| STATE OF NORTH CAROLINA ATTORNEY | GENERAL ATTN: JOSH STEIN 9001 MAIL SERVICE CTR RALEIGH NC 27699-9001 |
| STATE OF NORTH CAROLINA ATTORNEY | GENERAL ATTN: JOSH STEIN PO BOX 629 RALEIGH NC 27602-0629 |
| STATE OF WISCONSIN ATTORNEY GENERAL | ATTN: JOSH KAUL WISCONSIN DEPARTMENT OF JUSTICE 17 PO BOX 7857 MADISON WI 53703-7857 |
| STATE OF WYOMING ATTORNEY GENERAL | ATTN: BRIDGET HILL 109 STATE CAPITAL 200 W. 24TH ST CHEYENNE WY 82002 |
| U.S. DEPARTMENT OF JUSTICE | 950 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20530-0001 |

**Total Creditor count: 24**

SIENTRA, INC., *et al*. - Case No. 24-10245 (JTD)
Additional First-Class Mail Party

STATE OF NEW HAMPSHIRE ATTORNEY GENERAL
ATTN: JOHN M. FORMELLA
NH DEPT OF JUSTICE
33 CAPITOL ST.
CONCORD, NH 03301

Page **1** of **1**

**EXHIBIT B**

**SIENTRA, INC.** *et al.* **- Case No. 24-10245 (JTD)**
**EMAIL SERVICE LIST - CORE/TOP30**

| NAME | EMAIL |
|---|---|
| DELAWARE DEPARTMENT OF JUSTICE | ATTORNEY.GENERAL@DELAWARE.GOV |
| DELAWARE STATE TREASURY | LIZA.DAVIS@DELAWARE.GOV |
| INTERNAL REVENUE SERVICE | CHARLES.MESSING@IRS.GOV; DENNIS.MOODY@IRS.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE | JOHN.SCHANNE@USDOJ.GOV |
| SECRETARY OF STATE/DIV OF REVENUE | DOSDOC_FTAX@DELAWARE.GOV |
| SECURITIES & EXCHANGE COMMISSION | COMMISSIONERLEE@SEC.GOV; SECBANKRUPTCY-OGC-ADO@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION | OCR@SEC.GOV |
| POTTER ANDERSON & CORROON LLP | CSAMIS@POTTERANDERSON.COM; ASTULMAN@POTTERANDERSON.COM |
| SULLIVAN & CROMWELL LLP | AKLILUD@SULLCROM.COM; BLAUTA@SULLCROM.COM; BELLERB@SULLCROM.COM; ANSELMIJ@SULLCROM.COM; THIRYM@SULLCROM.COM; ROSENTHALD@SULLCROM.COM; AHMEDC@SULLCROM.COM |
| DISTRICT OF COLUMBIA ATTORNEY GENERAL | OAG@DC.GOV |
| OFFICE OF THE ATTORNEY GENERAL OF GUAM | EMAIL@GUAMAG.ORG; ADMINISTRATION@OAGGUAM.ORG |
| STATE OF ALASKA ATTORNEY GENERAL | ATTORNEY.GENERAL@ALASKA.GOV |
| STATE OF AMERICAN SAMOA ATTORNEY GENERAL | AG@LA.AS.GOV |
| STATE OF ARIZONA ATTORNEY GENERAL | AGINFO@AZAG.GOV |
| STATE OF ARKANSAS ATTORNEY GENERAL | OAG@ARKANSASAG.GOV |
| STATE OF COLORADO ATTORNEY GENERAL | ATTORNEY.GENERAL@COAG.GOV |
| STATE OF CONNECTICUT ATTORNEY GENERAL | ATTORNEY.GENERAL@CT.GOV |
| STATE OF DELAWARE ATTORNEY GENERAL | ATTORNEY.GENERAL@DELAWARE.GOV |
| STATE OF GEORGIA ATTORNEY GENERAL | AGCARR@LAW.GA.GOV |
| STATE OF HAWAII ATTORNEY GENERAL | HAWAIIAG@HAWAII.GOV |
| STATE OF IDAHO ATTORNEY GENERAL | BANKRUPTCY@AG.IDAHO.GOV |
| STATE OF IOWA ATTORNEY GENERAL | WEBTEAM@AG.IOWA.GOV |
| STATE OF LOUISIANA ATTORNEY GENERAL | CONSTITUENTSERVICES@AG.LOUISIANA.GOV |
| STATE OF MAINE ATTORNEY GENERAL | ATTORNEY.GENERAL@MAINE.GOV |
| STATE OF MARYLAND ATTORNEY GENERAL | OAG@OAG.STATE.MD.US |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | AGO@STATE.MA.US |
| STATE OF MICHIGAN ATTORNEY GENERAL | MIAG@MICHIGAN.GOV |
| STATE OF MINNESOTA ATTORNEY GENERAL | ATTORNEY.GENERAL@AG.STATE.MN.US |
| STATE OF MISSOURI ATTORNEY GENERAL | ATTORNEY.GENERAL@AGO.MO.GOV |
| STATE OF NEBRASKA ATTORNEY GENERAL | AGO.INFO.HELP@NEBRASKA.GOV |
| STATE OF NEVADA ATTORNEY GENERAL | AGINFO@AG.NV.GOV |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTORNEYGENERAL@DOJ.NH.GOV |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | NDAG@ND.GOV |
| STATE OF OHIO ATTORNEY GENERAL | TRISH.LAZICH@OHIOATTORNEYGENERAL.GOV |
| STATE OF OKLAHOMA ATTORNEY GENERAL | DONNA.HOPE@OAG.OK.GOV |
| STATE OF OREGON ATTORNEY GENERAL | ATTORNEYGENERAL@DOJ.STATE.OR.US |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | CONSUMERS@ATTORNEYGENERAL.GOV |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | AG@RIAG.RI.GOV |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ODCMAIL@SCCOURTS.ORG |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | CONSUMERHELP@STATE.SD.US |
| STATE OF TENNESSEE ATTORNEY GENERAL | TNATTYGEN@AG.TN.GOV |
| STATE OF TEXAS ATTORNEY GENERAL | COMPLAINTS@OAG.TEXAS.GOV |
| STATE OF UTAH ATTORNEY GENERAL | BANKRUPTCY@AGUTAH.GOV |
| STATE OF VERMONT ATTORNEY GENERAL | AGO.INFO@VERMONT.GOV |
| STATE OF VIRGINIA ATTORNEY GENERAL | EMAILMAILOAG@OAG.STATE.VA.US |
| STATE OF WASHINGTON ATTORNEY GENERAL | SERVICEATG@ATG.WA.GOV |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | COMMUNICATIONS@WVAGO.GOV |
| U.S VIRGIN ISLANDS ATTORNEY GENERAL | INFO@USVIDOJ.COM |

**SIENTRA, INC.** *et al*. **- Case No. 24-10245 (JTD)**
**EMAIL SERVICE LIST - CORE/TOP30**

| NAME | EMAIL |
| --- | --- |
| SIMATRIX, INC | JEAN.NELSON@LUBRIZOL.COM |
| ELUTIA INC | BILLING@ELUTIA.COM |
| NUSIL TECHNOLOGY LLC | DEBBIE.RICHARDSON@AVANTORSCIENCESGCC.COM |
| SALESFORCE-COM | BILLING@SALESFORCE.COM |
| GI PARTNERS ETS FUND REIT AGGREGATOR LP | CATHY.CONNER@CBRE.COM |
| KPMG LLP | GSCHEMIDT@KPMG.COM |
| ORACLE AMERICA, INC | COLLECTIONS_US@ORACLE.COM |
| FORMULATED SOLUTIONS, LLC | PFURMAN@FORMULATEDSOLUTIONS.COM |
| BEGHOU CONSULTING, LLC | RAVI.SINGH@BEGHOUCONSULTING.COM |
| VERANEX, INC | SEAN.ATWELL@VERANEX.COM |
| DONNELLEY FINANCIAL SOLUTIONS | ACCOUNTS-RECEIVABLE@DFINSOLUTIONS.COM |
| SECURE GREEN, INC | ALLEN.PHAM@SIENTRA.COM |
| RSM US LLP | VICTOR.KAO@RSMUS.COM |
| INSIGHTS FIRST STRATEGIC MARKETING | TOMKESSLER@INSIGHTS1ST.COM |
| CLARK SMITH VILLAZOR LLP | PATRICK.SMITH@CSVLLP.COM |
| NXTTHING RPO, LLC | AMINA.MUKATI@EMPLOYINC.COM |
| 183 DEGREES STRATEGIC SOLUTIONS LLC | RAJ@183DEGREES.COM |
| SYNTERACT, INC | SHAHBAZ.SIDDIQUE@SYNEOSHEALTH.COM |
| THE EXHIBIT COMPANY, INC | ACCOUNTING@EXHIBITCOMPANYINC.COM |
| FEDEX | FEDEX@BILLTRUST.COM |
| WAREHOUSE ANYWHERE LLC | VRAJEWSKI@WAREHOUSEANYWHERE.COM |
| NASDAQ, INC | SHARON.ASPRER@NASDAQ.COM |
| DLA PIPER LLP (US) | ERIN.KRUSE@US.DLAPIPER.COM |
| MISSION PLASTICOS FOUNDATON | SUSAN@MISSIONPLASTICOS.ORG |
| FAIRVIEW BUSINESS ASSOCIATES, LLC | LETISSIA.BISQUERA@YARDI.COM |
| HEALTH TRUST PURCHASING GROUP, LP | VENDORBACKUP@HEALTHRUSTPG.COM |
| NAME REDACTED | EMAIL ADDRESS ON FILE |
| MEDICAL DEVICE MANUFACTURERS ASSOC. | SDEVINNEY@MEDICALDEVICES.ORG |
| REALTIME MEDIA, LLC | JSTERN@RTM.COM |
| VESTA, INC | JEAN.BERG@LUBRIZOL.COM |
| BEGHOU CONSULTING, LLC | RAVI.SINGH@BEGHOUCONSULTING.COM |
| DLA PIPER LLP (US) | ERIN.KRUSE@US.DLAPIPER.COM |
| DONNELLEY FINANCIAL SOLUTIONS | ACCOUNTS-RECEIVABLE@DFINSOLUTIONS.COM |
| ELUTIA INC | BILLING@ELUTIA.COM |
| KPMG LLP | GSCHEMIDT@KPMG.COM |
| NASDAQ, INC | SHARON.ASPRER@NASDAQ.COM |
| NUSIL TECHNOLOGY LLC | DEBBIE.RICHARDSON@AVANTORSCIENCESGCC.COM |
| ORACLE AMERICA, INC | COLLECTIONS_US@ORACLE.COM |
| SALESFORCE-COM | BILLING@SALESFORCE.COM |

**TOTAL: 97**