IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| SIENTRA, INC., *et al.*,[1] | ) Case No. 24-10245 (JTD) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

**Docket Ref. Nos. 20, 123, 218**

## NOTICE OF SUCCESSFUL BIDDERS

**PLEASE TAKE NOTICE** that on February 13, 2024, the above-captioned debtors in possession (collectively, the "Debtors") filed the *Motion for (I) an Order (A) Approving Bid Procedures for the Sale of Substantially All of the Debtors' Assets; (B) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases; (C) Approving Certain Bid Protections in Connection With the Debtors' Entry Into Any Potential Stalking Horse Agreement; (D) Scheduling the Auction and Sale Hearing; (E) Approving the Form and Manner of Notice Thereof; and (F) Granting Related Relief; and (II) An Order (A) Approving the Sale of the Debtors' Assets Free and Clear of All Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases* (the "Bidding Procedures Motion") [Docket No. 20] in the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that on March 5, 2024, the Court entered the *Order (A) Approving Bid Procedures for the Sale of Substantially All of the Debtors' Assets; (B) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases; (C) Approving Certain Bid Protections in Connection with the Debtors' Entry into any Potential Stalking Horse Agreement; (D) Scheduling the Auction and Sale Hearin€(E) Approving the Form and Manner of Notice Thereof; and (F) Granting Related Relief,* (the "Bid Procedures Order") [Docket No. 123], by which the Court approved procedures setting forth the process by which the Debtors were authorized to conduct an auction (the "Auction") for the sale of all or substantially all of the Debtors' assets (the "Bid Procedures").[2]

**PLEASE TAKE FURTHER NOTICE** that on March 27, 2024, the Debtors filed the *Notice of Auction* [Docket No. 218].

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Sientra, Inc. (1000); Mist Holdings, Inc. (4221); Mist, Inc. (1202); and Mist International, Inc. 3363). The Debtors' service address is 3333 Michelson Drive, Suite 650, Irvine, CA 92612.

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Bid Procedures Order or the Bid Procedures, as applicable.

**PLEASE TAKE FURTHER NOTICE** that on March 28, 2024, pursuant to the Bid Procedures Order, the Debtors commenced an Auction at the office of Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022.

**PLEASE TAKE FURTHER NOTICE** that, at the conclusion of the Auction, the Debtors, in a reasonable exercise of their business judgement and in consultation with the Consultation Parties, declared Tiger Aesthetics Medical, LLC ("Tiger") as the Successful Bidder for substantially all of the Assets, exclusive of the Biocorneum Assets (as defined herein).

**PLEASE TAKE FURTHER NOTICE** that, at the conclusion of the Auction, the Debtors, in a reasonable exercise of their business judgment and in consultation with the Consultation Parties, declared Nuance Intermediary, LLC ("Nuance") as the Successful Bidder for the Assets related to the Debtors' Biocorneum products business (the "Biocorneum Assets").

**PLEASE TAKE FURTHER NOTICE** that a copy of the draft asset purchase agreement between the Debtors and Tiger (the "Tiger APA") is attached hereto as **Exhibit A-1**.  A copy of the Debtors' proposed form of order approving the Tiger APA (the Tiger Sale Order") is attached hereto as **Exhibit A-2**.  The Tiger APA, including Tiger's selection of Transferred Contracts and/or Assigned General Contracts (as defined in the Tiger APA), and the Tiger Sale Order remain subject to finalization, review, and revision by the Debtors, Tiger, the Committee, the DIP Secured Parties, and the Prepetition Secured Parties.  The Debtors shall file revised versions of the Tiger APA and the Tiger Sale Order on the docket in advance of the Sale Hearing.

**PLEASE TAKE FURTHER NOTICE** that a copy of the draft asset purchase agreement between the Debtors and Nuance (the "Nuance APA") is attached hereto as **Exhibit B-1**.  A copy of the Debtors' proposed form of order approving the Nuance APA (the "Nuance Sale Order") is attached hereto as **Exhibit B-2**.  The Nuance APA, including Transferred Contracts and/or the Leases and the Contracts (as defined in the Nuance APA) and the Nuance Sale Order remain subject to finalization, review, and revision by the Debtors, Nuance, the Committee, the DIP Secured Parties, and the Prepetition Secured Parties.  The Debtors shall file revised versions of the Nuance APA and the Nuance Sale Order on the docket in advance of the Sale Hearing.

**PLEASE TAKE FURTHER NOTICE** that the Sale Hearing to seek approval of the Tiger APA and the Nuance APA is currently scheduled to be held before Judge John T. Dorsey on **April 10, 2024 at 3:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that at the Sale Hearing, the Debtors will seek the Court's approval of the Successful Bids.  Unless the Court orders otherwise, the Sale Hearing shall be an evidentiary hearing on matters relating to the sale of substantially all of the Assets and the Biocorenum Assets to the Successful Bidders, and there will be no further bidding at the Sale Hearing.

**PLEASE TAKE FURTHER NOTICE** that the Sale Objection Deadline is **April 5, 2024 at 5:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that the Deadline to Object to Cure/Assignment of any Transferred Contract is **April 10, 2024 at 3:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Successful Bidders is subject to the terms and conditions of the Bidding Procedures Motion and the Bid Procedures Order, with such Bid Procedures Order controlling in the event of any conflict, and the Debtors encourage parties in interest to review such documents in their entirety.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these chapter 11 cases, including the Bid Procedures Order, the Bid Procedures, the Tiger APA, the Tiger Sale Order, the Nuance APA, and the Nuance Sale Order, or other documents related thereto, are available for review free of charge on the Debtors' website at https://dm.epiq11.com/case/sientra/info, or by calling (877) 395-3440 (Toll Free U.S. and Canada); or (971) 320-7169 (International).

Dated: April 1, 2024

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400
Email: ljones@pszjlaw.com
        dbertenthal@pszjlaw.com
        tcairns@pszjlaw.com

-and-

Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Nicole L. Greenblatt, P.C. (admitted *pro hac vice*)
Elizabeth H. Jones (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:     (212) 446-4900
Email:        joshua.sussberg@kirkland.com
              nicole.greenblatt@kirkland.com
              elizabeth.jones@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

**Exhibit A-1**

**Draft Tiger APA**[3]

---

[3] To be filed with the Court under separate cover on or before April 1, 2024, at 11:59 p.m. (prevailing Eastern Time).

**Exhibit A-2**

**Draft Tiger Sale Order**[4]

---

[4] To be filed with the Court under separate cover on or before April 1, 2024, at 11:59 p.m. (prevailing Eastern Time).

**Exhibit B-1**

**Draft Nuance APA**[5]

---

[5] To be filed with the Court under separate cover on or before April 1, 2024, at 11:59 p.m. (prevailing Eastern Time).

**Exhibit B-2**

**Draft Nuance Sale Order**[6]

---

[6] To be filed with the Court under separate cover on or before April 1, 2024, at 11:59 p.m. (prevailing Eastern Time).