# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| SIENTRA, INC., *et al*.,[1] | ) Case No. 24-10245 (JTD) |
| Debtors. | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Ferguson Braswell Fraser Kubasta P.C. ("**FBFK**") and Saul Ewing LLP ("**Saul Ewing**") hereby submit this Notice of Appearance and Request for Service of Papers and, pursuant to 11 U.S.C. § 1109(b) and Rules 2002, 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and appear herein as co-counsel for Nuance Intermediary, LLC ("**Nuance**"). FBFK and Saul Ewing also request that all notices given or required to be given and all papers served in this case, be delivered to and served upon the counsel identified below at the following address. In addition, it is respectfully requested that pursuant to Rule 2002(g) of the Bankruptcy Rules, the following also be added to the Court's mailing matrix:

| | |
|---|---|
| FERGUSON BRASWELL FRASER KUBASTA PC<br>Rachael L. Smiley, Esquire<br>2500 Dallas Parkway, Suite 600<br>Plano, TX 75093<br>Telephone: (972) 826-4457<br>Email: rsmiley@fbfk.law | SAUL EWING LLP<br>Monique B. DiSabatino, Esquire<br>1201 North Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, DE 19899<br>Telephone: (302) 421-6800<br>Email: monique.disabatino@saul.com |

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rules 2002 and 9010(b) of the Bankruptcy Rules, the foregoing request includes, without limitation, all orders and notices,

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Sientra, Inc. (1000); Mist Holdings, Inc. (4221); Mist, Inc. (1202); and Mist International, Inc. 3363). The Debtors' service address is 3333 Michelson Drive, Suite 650, Irvine, CA 92612.

52038331.1 04/03/2024

- 2 -

including but not limited to applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier or otherwise.

**PLEASE TAKE FURTHER NOTICE** that if any limited service lists are used in this proceeding, the undersigned request inclusion thereon.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance shall not constitute a submission by Nuance to the jurisdiction of the Bankruptcy Court. This Notice of Appearance and any subsequent appearance, pleading, claim or suit is not intended nor shall be deemed to waive Nuance's substantive or procedural rights, including:  (i) the right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) the right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) the right to have the reference withdrawn by the United States District Court for this district in any matter subject to mandatory or discretionary withdrawal or the right to seek abstention in favor of any state court; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which the State is or may be entitled to under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved. Nor shall this request for notice be deemed to constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or Federal Rules of Civil Procedure.

52038331.1 04/03/2024

- 3 -

Dated: April 3, 2024
Wilmington, Delaware

**SAUL EWING LLP**

*/s/ Monique B. DiSabatino*
Monique Bair DiSabatino (DE Bar No. 6027)
1201 North Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6800
Email: monique.disabatino@saul.com

-and-

**FERGUSON BRASWELL FRASER KUBASTA P.C.**
Rachael L. Smiley, Esquire
2500 Dallas Parkway, Suite 600
Plano, TX 75093
Telephone: (972) 826-4457
Email: rsmiley@fbfk.law

*Attorneys for Nuance Intermediary, LLC*