IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SIENTRA, INC.,[1] | Case No. 24-10245 (JTD) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

***PLEASE TAKE NOTICE*** that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and sections 102(1), 342 and 1109(b) of the United States Bankruptcy Code, 11 U.S.C. §§ 101, *et seq*., Blank Rome LLP hereby appears as counsel to Tiger Medical Holdings, LLC, d/b/a Tiger BioSciences, LLC, and Tiger Aesthetics Medical, LLC (together, "Tiger") in the above-captioned bankruptcy cases. Tiger hereby requests that all notices given or required to be given in these cases and all papers served or required to be served in these cases, be given to and served upon the following:

| | |
|---|---|
| Michael B. Schaedle | Jordan L. Williams |
| **BLANK ROME LLP** | **BLANK ROME LLP** |
| One Logan Square | 1201 N. Market Street |
| 130 North 18th Street, | Wilmington, DE 19801 |
| Philadelphia, PA 19103 | Telephone: (302) 425-6400 |
| Telephone: (215) 569-5500 | Facsimile: (302) 425-6464 |
| Facsimile: (215) 569-5555 | Email: Jordan.Williams@blankome.com |
| Email: Mike.Schaedle@blankrome.com | |

***PLEASE TAKE FURTHER NOTICE*** that the foregoing request includes the notices and papers referred to in Bankruptcy Rule 2002, and also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Sientra, Inc. (1000); Mist Holdings, Inc. (4221); Mist, Inc. (1202); and Mist International, Inc. (3363). The Debtors' service address is 3333 Michelson Drive, Suite 650, Irvine, CA 92612.

1

formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, or otherwise, which affect or seeks to affect in any way the above-captioned Debtors or the property of the Debtors, or any of the rights or interests held or asserted by Tiger with respect to the Debtors or property of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that this request shall not be deemed or construed to be a waiver of any substantive or procedural rights of Tiger, including without limitation, to: (a) challenge the jurisdiction of this Court to adjudicate any matter, including, without limitation, any non-core matter; (b) require that where any adversary proceeding is to be initiated against Tiger in these cases, or any related case or where any proceeding is to be initiated by complaint against Tiger under applicable non-bankruptcy law, service shall be made on Tiger in accordance with applicable Bankruptcy Rules, the Federal Rules of Civil Procedure, and applicable non-bankruptcy law and that service upon undersigned counsel is insufficient for such purposes; (c) have final orders in non-core matters entered only after *de novo* review by the United States District Court for the District of Delaware; (d) trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (e) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (f) any other rights, claims, actions, defenses, setoffs or recoupments to which Tiger is or may be entitled in law or at equity, all of which rights, claims, actions, defenses, setoffs or recoupments Tiger expressly reserve and assert.

(*Remainder of page intentionally left blank*)

Dated: April 8, 2024  **BLANK ROME LLP**
Wilmington, Delaware

<div style="margin-left:auto">

*/s/ Jordan L. Williams*
Jordan L. Williams (DE No. 7128)
1201 Market Street, Suite 800
Wilmington, Delaware 19801
Telephone:　(302) 425-6400
Facsimile:　(302) 425-6464
E-mail:　　Jordan.Williams@blankrome.com

-and-

Michael B. Schaedle (*pro hac vice*)
One Logan Square
130 North 18th Street,
Philadelphia, PA 19103
Telephone: (215) 569-5500
Facsimile: (215) 569-5555
Email: Mike.Schaedle@blankrome.com

*Counsel to Tiger Medical Holdings, LLC, d/b/a Tiger BioSciences, LLC, and Tiger Aesthetics Medical, LLC*

</div>