**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| SIENTRA, INC., *et al.*,[1] | Case No. 24-10245 (JTD) |
| Debtors. | (Jointly Administered) |

**SECOND DECLARATION OF ANDREW F. O'NEILL IN SUPPORT OF
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' APPLICATION FOR
ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF
WHITE & CASE LLP AS COUNSEL EFFECTIVE AS OF FEBRUARY 26, 2024**

I, Andrew F. O'Neill, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct to the best of my knowledge, information, and belief:

1.      I am a partner of the firm of White & Case LLP ("White & Case"), an international law firm, which maintains offices for the practice of law in, among other locations, Chicago, Illinois.  I am a member in good standing of the Bar of the State of Illinois and the U.S. District Court for the Northern District of Illinois and I have been admitted *pro hac vice* in connection with the above-captioned cases.  There are no disciplinary proceedings pending against me in any jurisdiction.

2.      I submit this second declaration (the "Second Declaration") pursuant to sections 328(a) and 1103 of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016, and Local Rules 2014-1, 2016-1, 9013-1 in support of *The Official Committee of Unsecured Creditors' Application for Entry of an Order Authorizing the Employment and Retention of White & Case LLP as Counsel Effective as of February 26, 2024* (the "Application") [D.I. 176], filed on March 20, 2024 by the

---

[1]      The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Sientra, Inc. (1000); Mist Holdings, Inc. (4221); Mist, Inc. (1202); and Mist International, Inc. (3363). The Debtors' service address is 3333 Michelson Drive, Suite 650, Irvine, CA 92612.

Committee.[2]  My first declaration was submitted as Exhibit B to the Application (the "First Declaration").  To the extent that White & Case determines that any information disclosed herein requires amendment or modification upon White & Case's completion of further analysis or as additional information becomes available to it, a supplemental declaration will be submitted to the Court reflecting the same.  Except as otherwise noted, I have personal knowledge of the matters set forth herein.[3]

3.      As described in my First Declaration, White & Case has reviewed and will continue to review its files periodically during these Chapter 11 Cases with respect to known or newly-identified parties in interest.  If any new relevant facts or relationships are discovered or arise, White & Case will use reasonable efforts to identify such developments and will promptly file a supplemental declaration.

## Supplemental Disclosure Regarding Parties in Interest

4.      In connection with the First Declaration, a list of names identified by the Debtors and provided to White & Case was set out in Schedule 1 annexed thereto (the "Parties in Interest").  Thereafter, the U.S. Trustee's Office requested that White & Case provide additional detail regarding certain disclosures related to Deerfield.

5.      In 2021, White & Case began to represent a special purpose acquisition entity, DA32 Life Science Tech Acquisition Corp. ("DA32"), in connection with an IPO of DA32.  At the time, DA32's stockholders included certain entities affiliated with Deerfield. DA32 paid White & Case fees of $275,000 for its work on the IPO.  White & Case's involvement in the IPO matter

---

[2]      Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

[3]      Certain of the disclosures herein relate to matters within the knowledge of attorneys or employees of White & Case and are based on information provided by them.

ended in or before December 2021 and White & Case closed the matter in March 2022.  In April 2023, White & Case began to represent DA32 in connection with a potential acquisition.  DA32 paid White & Case fees of $44,715 for its work on that matter.  White & Case's involvement in the matter ended in June 2023, at which time the matter was closed.

### <u>Reaffirmation of Statement of Disinterestedness</u>

6.      Based on the file review conducted to date and as described in the First Declaration, and herein, to the best of my knowledge and insofar as I have been able to ascertain, (a) to the extent applicable, White & Case is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, (b) White & Case holds no interest adverse under section 1103(b) of the Bankruptcy Code, and (c) White & Case has no connection to the Debtors, their creditors, or other parties in interest, except as disclosed in the Application, the First Declaration, or the Second Declaration.  Accordingly, based upon the foregoing, I respectfully submit that the requirements for White & Case's retention as attorneys for the Committee have been met.

[*Remainder of Page Intentionally Left Blank*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated:  April 8, 2024
        Chicago, Illinois

Respectfully submitted,

*/s/ Andrew F. O'Neill*
Andrew F. O'Neill
Partner, White & Case LLP