IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>SIENTRA, INC., *et al.*,[1]<br><br>         Debtors. | Chapter 11<br><br>Case No. 24-10245 (JTD)<br><br>(Jointly Administered)<br><br>Re: Docket No. 176 & 260 |

**CERTIFICATION OF COUNSEL REGARDING THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF WHITE & CASE LLP AS COUNSEL EFFECTIVE AS OF FEBRUARY 26, 2024**

The undersigned proposed counsel to the Official Committee of Unsecured Creditors (the "Committee") of Sientra, Inc., and certain of its affiliates, the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors"), hereby certifies as follows:

1. On March 20, 2024, the Committee filed *The Official Committee of Unsecured Creditors' Application for Entry of an Order Authorizing the Employment and Retention of White & Case LLP as Counsel Effective as of February 26, 2024* [Docket No. 176] (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Court").

2. Attached to the Application as Exhibit A was a proposed form of order granting the Application (the "Original Proposed Order").

3. Attached to the Application as Exhibit B was the *Declaration of Andrew F. O'Neill in Support of the Official Committee of Unsecured Creditors' Application for Entry of an Order Authorizing the Employment and Retention of White & Case LLP as Counsel Effective as of February 26, 2024* (the "O'Neill Declaration")

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Sientra, Inc. (1000); Mist Holdings, Inc. (4221); Mist, Inc. (1202); and Mist International, Inc. (3363). The Debtors' service address is 3333 Michelson Drive, Suite 650, Irvine, CA 92612.

4. Objections, if any, to the Application were to be filed and served no later than April 3, 2024 at 4:00 p.m. (ET) (the "Objection Deadline").

5. Prior to the Objection Deadline, the United States Trustee for the District of Delaware (the "U.S. Trustee") requested supplemental information regarding the O'Neill Declaration and provided informal comments to the Original Proposed Order.

6. To satisfy the U.S. Trustee's request for supplemental information, on April 8, 2024, the Committee filed the Second Declaration of Andrew F. O'Neill in Support of The Official Committee of Unsecured Creditors' Application for Entry of an Order Authorizing the Employment and Retention of White & Case LLP as Counsel Effective as of February 26, 2024 [Docket No. 260].

7. To resolve the U.S. Trustee's informal comments to the Original Proposed Order, the parties agreed to a revised proposed form of order granting the Application (the "Revised Proposed Order"), attached hereto as **Exhibit A**.

8. Attached hereto as **Exhibit B** is a blackline comparing the Revised Proposed Order to the Original Proposed Order.

9. Further, the Objection Deadline has passed, and undersigned counsel has received no objection or other informal comments to the Application.

10. Accordingly, the Committee respectfully requests entry of the Revised Proposed Order attached hereto as **Exhibit A** at the Court's earliest convenience.

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated: April 8, 2024<br>Wilmington, Delaware | */s/ Jack M. Dougherty* |

Justin R. Alberto (No. 5126)
Patrick J. Reilley (No. 4451)
Stacy L. Newman (No. 5044)
Jack M. Dougherty (No. 6784)
**COLE SCHOTZ, P.C.**
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
Email:  jalberto@coleschotz.com
　　　　preilley@coleschotz.com
　　　　snewman@coleschotz.com
　　　　jdougherty@coleschotz.com

-and-

**WHITE & CASE LLP**
Gregory F. Pesce (admitted *pro hac vice*)
Andrew F. O'Neill (admitted *pro hac vice*)
111 South Wacker Drive
Chicago, IL  60606
Telephone: (312) 881-5400
Facsimile: (312) 881-5450
Email: gpesce@whitecase.com
　　　　aoneill@whitecase.com

-and-

Kimberly A. Havlin (admitted *pro hac vice*)
Samuel P. Hershey (admitted *pro hac vice*)
Andrea Amulic (admitted *pro hac vice*)
Andrea Kropp (admitted *pro hac vice*)
Jade H. Yoo (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
Email:  kim.havlin@whitecase.com
　　　　hershsa@whitecase.com
　　　　andrea.amulic@whitecase.com
　　　　andrea.kropp@whitecase.com
　　　　jade.yoo@whitecase.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*