# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SIENTRA, INC., *et al.*,[1] | ) | Case No. 24-10245 (JTD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

## SECOND AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 10, 2024 AT 3:00 P.M. EASTERN TIME[3]

> **The Honorable Karen B. Owens will preside over this hearing.  The hearing will be held at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 3, Wilmington, Delaware 19801.**

> **This proceeding will be conducted in-person.  All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.  Please refer to Judge Dorsey's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-john-t-dorsey) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Dorsey's expectations of remote participants, and the advance registration requirements.  Registration is required by 4:00 p.m. (Eastern Time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

## MATTERS FOR WHICH CNOS/COCS HAVE BEEN FILED

1. **Creditor Matrix Motion** – Debtors' Motion for Entry of Interim and Final Orders: (I) Authorizing the Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors'

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are:  Sientra, Inc. (1000); Mist Holdings, Inc. (4221); Mist, Inc. (1202); and Mist International, Inc. (3363). The Debtors' service address is 3333 Michelson Drive, Suite 650, Irvine, CA 92612.

[2] **Amended items appear in bold.**

[3] This agenda contains hyperlinks to filed documents pursuant to the Court's Interim Order re: Cessation of Hand Deliveries, dated March 13, 2020.  Parties may access the filed documents through the hyperlink for a fee through the Court's website at www.deb.uscourts.gov.

Thirty Largest Unsecured Creditors, and (C) Redact Certain Personally Identifiable Information of Individuals; (II) Approving the Form and Manner of Service of the Notice of Commencement; (III) Waiving the Requirement to File a List of Equity Security Holders; and (IV) Granting Related Relief [Filed: 2/13/24] (Docket No. 4).

Response Deadline:  March 5, 2024 at 4:00 p.m. Eastern Time.  Extended to March 7, 2024 for the Official Committee of Unsecured Creditors (the "Committee").

Responses Received:  Informal comments from the Committee.

Related Documents:

a) [Signed] Interim Order: (I) Authorizing the Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, and (C) Redact Certain Personally Identifiable Information of Individuals; (II) Approving the Form and Manner of Service of the Notice of Commencement; (III) Waiving the Requirement for File a List of Equity Security Holders and Provide Notices Directly to Equity Security Holders; and (IV) Granting Related Relief [Filed: 2/14/24] (Docket No. 49).

b) Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders: (I) Authorizing the Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, and (C) Redact Certain Personally Identifiable Information of Individuals; (II) Approving the Form and Manner of Service of the Notice of Commencement; (III) Waiving the Requirement to File a List of Equity Security Holders; and (IV) Granting Related Relief [Filed: 2/15/24] (Docket No. 68).

c) Certification of Counsel Regarding Final Order: (I) Authorizing the Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, and (C) Redact Certain Personally Identifiable Information of Individuals; (II) Approving the Form and Manner of Service of the Notice of Commencement; (III) Waiving the Requirement to File a List of Equity Security Holders and Provide Notices Directly to Equity Security Holders; and (IV) Granting Related Relief [Filed: TBF] (Docket No. TBF).

d) Declaration of Ron Menezes in Support of Final Order: (I) Authorizing the Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, and (C) Redact Certain Personally Identifiable Information of Individuals; (II) Approving the Form and Manner of Service of the Notice of Commencement; (III) Waiving the Requirement to File a List of Equity Security Holders and Provide Notices Directly to Equity Security Holders; and (IV) Granting Related Relief [Filed: 4/8/24] (Docket No. 252).

e) **Certification of Counsel Regarding Final Order: (I) Authorizing the Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, and (C) Redact Certain Personally Identifiable Information of Individuals; (II) Approving the Form and Manner of Service of the Notice of Commencement; (III) Waiving the Requirement to File a List of Equity Security Holders and Provide Notices Directly to Equity Security Holders; and (IV) Granting Related Relief [Filed: 4/8/24] ([Docket No. 261](#)).**

Status:  **A proposed order has been filed under certification of counsel.  The Debtors request entry of the proposed order attached to the certification of counsel.  No hearing will be necessary unless the Court has any questions.**

2. **Seal Motion re KEIP/KERP Motion** – Debtors' Motion for Entry of an Order Authorizing Debtors to File Under Seal Certain Information Related to Debtors' Motion for an Order (I) Approving Key Employee Incentive Plan for Senior Leadership Employees and (II) Approving Key Employee Retention Plan for Non-Insider Employees [Filed: 3/5/24] ([Docket No. 132](#)).

Response Deadline:  April 3, 2024 at 4:00 p.m. Eastern Time.

Responses Received:  None.

Related Documents:

a) Notice of Hearing Regarding Debtors' Motion for Entry of an Order Authorizing Debtors to File Under Seal Certain Information Related to Debtors' Motion for an Order (I) Approving Key Employee Incentive Plan for Senior Leadership Employees and (II) Approving Key Employee Retention Plan for Non-Insider Employees [Filed: 3/20/24] ([Docket No. 179](#)).

b) Certification of No Objection Regarding Debtors' Motion for Entry of an Order Authorizing Debtors to File Under Seal Certain Information Related to Debtors' Motion for an Order (I) Approving Key Employee Incentive Plan for Senior Leadership Employees and (II) Approving Key Employee Retention Plan for Non-Insider Employees [Filed: 4/5/24] ([Docket No. 235](#)).

c) **[Signed] Order Authorizing Debtors to File Under Seal Certain Information Related to Debtors' Motion for an Order (I) Approving Key Employee Incentive Plan for Senior Leadership Employees and (II) Approving Key Employee Retention Plan for Non-Insider Employees [Filed: 4/8/24] ([Docket No. 255](#)).**

Status: **The order has been entered.  No hearing will be necessary.**

3. **White & Case Retention Application** – The Official Committee of Unsecured Creditors' Application for Entry of an Order Authorizing the Employment and Retention of White & Case LLP as Counsel Effective as of February 26, 2024 [Filed: 3/20/24] ([Docket No. 176](#)).

Response Deadline:  April 3, 2024 at 4:00 p.m. Eastern Time.

Responses Received:  Informal comments from the Office of the United States Trustee.

Related Documents:

a) **Second Declaration of Andrew F. O'Neill in Support of the Official Committee of Unsecured Creditors' Application for Entry of an Order Authorizing the Employment and Retention of White & Case LLP as Counsel Effective as of February 26, 2024 [Filed: 4/8/24] (Docket No. 260).**

b) **Certification of Counsel Regarding the Official Committee of Unsecured Creditors' Application for Entry of an Order Authorizing the Employment and Retention of White & Case LLP as Counsel Effective as of February 26, 2024 [Filed: 4/8/24] (Docket No. 262).**

Status: **A revised proposed order has been filed under certification of counsel.  The Committee requests entry of the revised proposed order attached to the certification of counsel.  No hearing will be necessary unless the Court has any questions.**

4.    **Cole Schotz Retention Application** – Application for an Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 Authorizing and Approving the Retention and Employment of Cole Schotz P.C. as Delaware Co-Counsel to the Official Committee of Unsecured Creditors Effective as of February 26, 2024 [Filed: 3/20/24] (Docket No. 177).

Response Deadline:  April 3, 2024 at 4:00 p.m. Eastern Time.

Responses Received:  Informal comments from the Office of the United States Trustee.

Related Documents:

a) Certification of Counsel Regarding Application for an Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 Authorizing and Approving the Retention and Employment of Cole Schotz P.C. as Delaware Co-Counsel to the Official Committee of Unsecured Creditors Effective as of February 26, 2024 [Filed: 4/5/24] (Docket No. 240).

b) **[Signed] Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 Authorizing and Approving the Retention and Employment of Cole Schotz P.C. as Delaware Co-Counsel to the Official Committee of Unsecured Creditors Effective as of to February 26, 2024 [Filed: 4/8/24] (Docket No. 256).**

Status: **The order has been entered.  No hearing will be necessary.**

5.    **Province Retention Application** – Application for Entry for an Order Authorizing and Approving the Employment of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of February 27, 2024 [Filed: 3/20/24] (Docket No. 178).

Response Deadline:  April 3, 2024 at 4:00 p.m. Eastern Time.

Responses Received:  Informal comments from the Office of the United States Trustee.

Related Documents:

a)  Certification of Counsel Regarding Application for Entry for an Order Authorizing and Approving the Employment of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of February 27, 2024 [Filed: 4/5/24] (Docket No. 241).

b)  **[Signed] Order Authorizing and Approving the Employment of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors Effective as of February 27, 2024 [Filed: 4/8/24] (Docket No. 257).**

Status: **The order has been entered.  No hearing will be necessary.**

## MATTERS GOING FORWARD

6.  **Sale Motion** – Motion for (I) an Order (A) Approving Bid Procedures for the Sale of Substantially All of the Debtors' Assets; (B) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases; (C) Approving Certain Bid Protections in Connection with the Debtors' Entry Into Any Potential Stalking Horse Agreement; (D) Scheduling the Auction and Sale Hearing; (E) Approving the Form and Manner of Notice Thereof; and (F) Granting Related Relief; and (II) an Order (A) Approving the Sale of the Debtors' Assets Free and Clear of All Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases [Filed: 2/13/24] (Docket No. 20).

Response Deadline:  April 5, 2024 at 5:00 p.m. Eastern Time.

Responses Received:

a)  Oracle's Limited Objection to and Reservation of Rights Regarding Debtors' Sale Motion and Notice of Debtors' Proposed Assumption and Assignment of Designated Executory Contracts and Unexpired Leases [Filed: 4/5/24] (Docket No. 233).

b)  Limited Objection of LBA IV-PPI, LLC to Debtors' Motion for Approval of Sale of Substantially All of the Debtors' Assets, Request for Adequate Protection and Reservation of Rights [Filed: 4/5/24] (Docket No. 234).

c)  The Official Committee of Unsecured Creditors' Statement and Reservation of Rights with Respect to the Debtors' Sale Motion and Notice of Successful Bidders [Filed: 4/5/24] (Docket No. 239).

d)  Limited Objection and Reservation of Rights of James Campbell Company LLC to Motion to Approve Sale of Substantially All Assets [Filed: 4/8/24] (Docket No. 247).

Replies Filed:

a) **Debtors' Motion for Leave to File a Late Reply in Support of Sale Motion [Filed: 4/8/24] ([Docket No. 259](#)).**

b) **Debtors' Omnibus Reply in Support of Motion for an Order (A) Approving the Sale of the Debtors' Assets Free and Clear of All Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases [Filed: 4/8/24] ([Docket No. 259-2](#)).**

Related Documents:

a) Declaration of Vladimir Moshinsky of Miller Buckfire in Support of (A) Motion of Debtors for Entry of Interim and Final DIP Order Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, and 507 (I) Authorizing the Debtors to Obtain Postpetition Financing; (II) Granting Liens and Superpriority Administrative Expense Claims; (III) Authorizing the Use of Cash Collateral; (IV) Granting Adequate Protection to Prepetition First Lien Secured Parties; (V) Modifying the Automatic Stay; (VI) Scheduling Final Hearing; and (VII) Granting Related Relief and (B) Motion for (I) An Order (A) Approving Bid Procedures for the Sale of Substantially All of the Debtors' Assets; (B) Approving Certain Bid Protections in Connection with the Debtors' Entry Into Any Potential Stalking Horse Agreement; (C) Scheduling the Auction and Sale Hearing; (D) Approving the Form and Manner of Notice Thereof; and (E) Granting Related Relief; and (II) An Order (A) Approving the Sale of the Debtors' Assets Free and Clear of All Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases [Filed: 2/13/24] ([Docket No. 17](#)).

b) [Signed] Order (A) Approving Bid Procedures for the Sale of Substantially All of the Debtors' Assets; (B) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases; (C) Approving Certain Bid Protections in Connection with the Debtors' Entry Into Any Potential Stalking Horse Agreement; (D) Scheduling the Auction and Sale Hearing; (E) Approving the Form and Manner of Notice Thereof; and (F) Granting Related Relief [Filed: 3/5/24] ([Docket No. 123](#)).

c) Notice of Proposed Sale of Substantially All of the Debtors' Assets, Free and Clear of All Encumbrances, Other Than Assumed Liabilities, and Scheduling Final Sale Hearing Related Thereto [Filed: 3/6/24] ([Docket No. 136](#)).

d) Notice of Debtors' Proposed Assumption and Assignment of Designated Executory Contracts and Unexpired Leases [Filed: 3/8/24] ([Docket No. 149](#)).

e) Supplemental Notice of Debtors' Proposed Assumption and Assignment of Designated Executory Contracts and Unexpired Leases [Filed: 3/18/24] ([Docket No. 175](#)).

f) Notice of Auction [Filed: 3/27/24] ([Docket No. 218](#)).

g) Notice of Successful Bidders [Filed: 4/1/24] ([Docket No. 224](#)).

h)  Notice of Filing of Exhibits to Notice of Successful Bidders [Filed: 4/1/24] ([Docket No. 225](#)).

i)  Notice of Filing of Revised Exhibits to Notice of Successful Bidders [Filed: 4/5/24] ([Docket No. 242](#)).

j)  Declaration of Larry R. Wood, Jr., Chief Legal Officer of Tiger Medical Holdings, LLC d/b/a Tiger BioSciences, LLC and Authorized Representative of Buyer, Tiger Aesthetics Medical, LLC, in Support of Sale Motion and Transaction Between Debtors and Tiger Buyer [Filed: 4/8/24] ([Docket No. 245](#)).

k)  Supplemental Declaration of Ron Menezes in Support of Motion for an Order (A) Approving the Sale of the Debtors' Assets Free and Clear of All Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases [Filed: 4/8/24] ([Docket No. 246](#)).

l)  Supplemental Declaration of Vladimir Moshinsky of Miller Buckfire in Support of Motion for an Order (A) Approving the Sale of the Debtors' Assets Free and Clear of All Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases [Filed: 4/8/24] ([Docket No. 248](#)).

m) Joint Witness and Exhibit List for Hearing on April 10, 2024 at 3:00 p.m. (ET) [Filed: 4/8/24] ([Docket No. 250](#)).

n)  Declaration of Daniel Patrick Henn in Support of Motion for an Order (A) Approving the Sale of the Debtors' Assets Free and Clear of All Encumbrances, and (B) Approving the Assumption and Assignment of Executory Contracts and Leases **[Filed: 4/8/24] ([Docket No. 263](#))**.

o)  **Amended Declaration of Larry R. Wood, Jr., Chief Legal Officer of Tiger Medical Holdings, LLC, d/b/a Tiger BioSciences, LLC and Authorized Representative of Buyer, Tiger Aesthetics Medical, LLC in Support of Sale Motion and Transaction Between Debtors and Tiger Buyer [Filed: 4/9/24] ([Docket No. 268](#)).**

p)  **Amended Joint Witness and Exhibit List for Hearing on April 10, 2024 at 3:00 p.m. (ET) [Filed: 4/9/24] ([Docket No. 269](#)).**

Status: This matter will go forward.

Dated:  April 9, 2024

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:   302-652-4100
Facsimile:    302-652-4400
Email:  ljones@pszjlaw.com
          dbertenthal@pszjlaw.com
          tcairns@pszjlaw.com

-and-

Joshua A. Sussberg, P.C. (admitted *pro hac vice*)
Nicole L. Greenblatt, P.C. (admitted *pro hac vice*)
Elizabeth H. Jones (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email: joshua.sussberg@kirkland.com
          nicole.greenblatt@kirkland.com
          elizabeth.jones@kirkland.com

*Co-Counsel to the Debtors and*
*Debtors in Possession*