## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SIENTRA, INC., *et al.*,[1] | Case No. 24-10245 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: April 30, 2024 at 4:00 p.m. (ET)**<br>**Hearing Date: To Be Determined** |

## NOTICE OF LISA AUTHEMENT'S MOTION FOR RELIEF
## FROM THE AUTOMATIC STAY

TO: See Attached Service List.

**PLEASE TAKE NOTICE THAT** on April 16, 2024, the undersigned counsel has filed *Lisa Authement's Motion for Relief from the Automatic Stay* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"), which seeks relief to allow prosecution of a civil action against Debtor Sientra, Inc. and other defendants in a state court action.

**PLEASE TAKE FURTHER NOTICE THAT** a hearing on the Motion is scheduled for **the next omnibus hearing date and time to be determined and noticed (the "Hearing Date")** before The Honorable John T. Dorsey, Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 5, Wilmington, Delaware 19801.

You are required to file a response (and the supporting documentation required by Local Rule 4001-(c)) to the attached Motion **on or before April 30, 2024 at 4:00 p.m. prevailing Eastern Time (the "Objection Deadline")**.

At the same time, you must also serve a copy of the response upon the undersigned counsel on or before the Objection Deadline.

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the Motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and the validity of any secured instrument.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Sientra, Inc. (1000); Mist Holdings, Inc. (4221); Mist, Inc. (1202); and Mist International, Inc. (3363). The Debtors' service address is 3333 Michelson Drive, Suite 650, Irvine, CA 92612.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  April 16, 2024

**MORRIS JAMES LLP**

*/s/ Christopher M. Donnelly*
Jeffrey R. Waxman (DE Bar No. 4159)
Christopher M. Donnelly (DE Bar No. 7149)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: jwaxman@morrisjames.com
E-mail: cdonnelly@morrisjames.com

*Counsel for Lisa Authement*