## EXHIBIT A

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SIENTRA, INC., *et al.*,[1] | Case No. 24-10245 (JTD) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. \_\_\_** |

## ORDER GRANTING LISA AUTHEMENT'S
## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Upon consideration of *Lisa Authement's Motion for Relief from the Automatic Stay* (the "Motion")[2] filed by Lisa Authement ("Ms. Authement"), and any response thereto, and for good cause shown,

**IT IS HEREBY ORDERED that**:

1. The Motion is GRANTED as set forth herein.

2. The automatic stay set forth in 11 U.S.C. § 362(a) is hereby lifted and modified to permit Ms. Authement to proceed with and prosecute the California Action against Debtor Sientra, Inc., and any other individual or entities, including any subsequent appeals, and may enforce any judgement, including any alternative dispute resolution award or settlement obtained in the California Action against the Debtors and/or the Debtors' applicable insurance.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Sientra, Inc. (1000); Mist Holdings, Inc. (4221); Mist, Inc. (1202); and Mist International, Inc. (3363). The Debtors' service address is 3333 Michelson Drive, Suite 650, Irvine, CA 92612.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

3. Pursuant to Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure, the Court finds cause exists for the relief granted herein to become effective upon entry of this Order.