# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SIENTRA, INC., *et al.*,[1] | Case No. 24-10245 (JTD) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of April, 2024, I caused to be filed with the Court electronically, and I caused to be served a true and correct copy of *Lisa Authement's Motion for Relief from the Automatic Stay* upon the parties that are registered to receive notice via the Court's CM/ECF notification system and additional service was completed by electronic mail and/or first-class mail, postage prepaid thereon, on the parties indicated on the attached service list.

*/s/ Christopher M. Donnelly*
Christopher M. Donnelly (DE Bar No. 7149)

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Sientra, Inc. (1000); Mist Holdings, Inc. (4221); Mist, Inc. (1202); and Mist International, Inc. (3363). The Debtors' service address is 3333 Michelson Drive, Suite 650, Irvine, CA 92612.

16665073/1

## SERVICE LIST

| | |
|---|---|
| PACHULSKI STANG ZIEHL & JONES LLP<br>Laura Davis Jones<br>David M. Bertenthal<br>Timothy P. Cairns<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19801<br>ljones@pszjlaw.com<br>dbertenthal@pszjlaw.com<br>tcairns@pszjlaw.com<br><br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>Joshua A. Sussberg, P.C.<br>Nicole L. Greenblatt, P.C.<br>Elizabeth H. Jones<br>601 Lexington Avenue<br>New York, New York 10022<br>joshua.sussberg@kirkland.com<br>nicole.greenblatt@kirkland.com<br>elizabeth.jones@kirkland.com<br><br>*Co-Counsel to the Debtors and Debtors in Possession* | COLE SCHOTZ, P.C.<br>Justin R. Alberto<br>Patrick J. Reilley<br>Stacy L. Newman<br>Jack M. Dougherty<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>alberto@coleschotz.com<br>preilley@coleschotz.com<br>snewman@coleschotz.com<br>jdougherty@coleschotz.com<br><br>WHITE & CASE LLP<br>Gregory F. Pesce<br>Andrew F. O'Neill<br>111 South Wacker Drive<br>Chicago, IL 60606<br>gpesce@whitecase.com<br>aoneill@whitecase.com<br><br>Kimberly A. Havlin<br>Samuel P. Hershey<br>Andrea Amulic<br>Andrea Kropp<br>Jade H. Yoo<br>1221 Avenue of the Americas<br>New York, NY 10020<br>kim.havlin@whitecase.com<br>hershsa@whitecase.com<br>andrea.amulic@whitecase.com<br>andrea.kropp@whitecase.com<br>jade.yoo@whitecase.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |

POTTER ANDERSON & CORROON LLP
Christopher M. Samis
Aaron H. Stulman
Gregory J. Flasser
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801-3700
csamis@potteranderson.com
astulman@potteranderson.com
gflasser@potteranderson.com

SULLIVAN & CROMWELL LLP
Ari B. Blaut, Esq.
Benjamin S. Beller, Esq.
David M. Rosenthal, Esq.
125 Broad Street
New York, New York 10004-2498
blauta@sullcrom.com
bellerb@sullcrom.com
rosenthald@sullcrom.com

*Counsel for Deerfield Partners L.P.*

Office of the United States Trustee for the District of Delaware
J. Caleb Boggs Federal Building
Attn: John H. Schanne, II, Esq.
844 King Street, Suite 2207
Wilmington, DE 19801
John.Schanne@usdoj.gov

*United States Trustee*