**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| SIENTRA, INC., *et al.*,[1] | ) Case No. 24-10245 (JTD) |
| Debtors. | ) (Jointly Administered) |

**Docket Ref. Nos. 20, 295**

## NOTICE OF CLOSING OF NUANCE SALE

**PLEASE TAKE NOTICE** that on February 13, 2024, the above-captioned debtors in possession (collectively, the "Debtors") filed the *Motion for (I) an Order (A) Approving Bid Procedures for the Sale of Substantially All of the Debtors' Assets; (B) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases; (C) Approving Certain Bid Protections in Connection With the Debtors' Entry Into Any Potential Stalking Horse Agreement; (D) Scheduling the Auction and Sale Hearing; (E) Approving the Form and Manner of Notice Thereof; and (F) Granting Related Relief; and (II) An Order (A) Approving the Sale of the Debtors' Assets Free and Clear of All Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases* [Docket No. 20] (the "Sale Motion") in the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that on March 5, 2024, the Court entered the *Order Pursuant to Sections 105(a), 363, and 365 of the Bankruptcy Code and Rules 2002, 6004 and 6006 of the Federal Rules of Bankruptcy Procedure: (I) Approving the Terms of the Asset Purchase Agreement and Related Agreements by and between the Debtors and Nuance Intermediary, LLC; (II) Authorizing Consummation of the Sale Transaction Contemplated Therein; (III) Authorizing the Assumption and Assignment of the Assigned General Contracts; and (IV) Granting Related Relief,* [Docket No. 295] (the "Nuance Sale Order"). The Nuance Sale Order approved, *inter alia*, the Asset Purchase Agreement (the "Nuance APA") between the Debtors and Nuance Intermediary, LLC ("Nuance") attached to the Nuance Sale Order as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that, closing on the sale transaction set forth in the Nuance APA, as approved by the Nuance Sale Order, occurred on April 17, 2024 (the "Closing Date").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Sientra, Inc. (1000); Mist Holdings, Inc. (4221); Mist, Inc. (1202); and Mist International, Inc. 3363). The Debtors' service address is 3333 Michelson Drive, Suite 650, Irvine, CA 92612.

**PLEASE TAKE FURTHER NOTICE** that, as set forth in the Nuance Sale Order, the Contracts identified in the Nuance APA have been assumed and assigned to Nuance effective as of Closing Date.

**PLEASE TAKE FURTHER NOTICE** that, copies of all documents filed in these chapter 11 cases, including the Sale Motion and the Nuance Sale Order, are available for review free of charge on the Debtors' website at https://dm.epiq11.com/case/sientra/info, or by calling (877) 395-3440 (Toll Free U.S. and Canada); or (971) 320-7169 (International).

| | |
|---|---|
| Dated: April 18, 2024 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| | */s/ Laura Davis Jones* |
| | Laura Davis Jones (DE Bar No. 2436) |
| | David M. Bertenthal (CA Bar No. 167624) |
| | Timothy P. Cairns (DE Bar No. 4228) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, Delaware 19899 (Courier 19801) |
| | Telephone: (302) 652-4100 |
| | Facsimile: (302) 652-4400 |
| | Email: ljones@pszjlaw.com |
| | dbertenthal@pszjlaw.com |
| | tcairns@pszjlaw.com |
| | |
| | -and- |
| | |
| | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| | Nicole L. Greenblatt, P.C. (admitted *pro hac vice*) |
| | Elizabeth H. Jones (admitted *pro hac vice*) |
| | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| | 601 Lexington Avenue |
| | New York, New York 10022 |
| | Telephone: (212) 446-4800 |
| | Facsimile: (212) 446-4900 |
| | Email: joshua.sussberg@kirkland.com |
| | nicole.greenblatt@kirkland.com |
| | elizabeth.jones@kirkland.com |
| | |
| | *Co-Counsel to the Debtors and Debtors in Possession* |