IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| SIENTRA, INC., *et al.*,[1] | Case No. 24-10245 (JTD) |
| Debtors. | (Jointly Administered) |

**ORDER APROVING STIPULATION
BETWEEN THE DEBTORS, THE COMMITTEE, THE PREPETITION
FIRST LIEN SECURED PARTIES, AND THE DIP LENDERS REGARDING
RESOLUTION OF CHALLENGE PERIOD AND RELATED SETTLEMENT MATTERS**

Upon consideration of the *Certification of Counsel Regarding Order Approving Stipulation Between the Debtors, the Committee, the Prepetition First Lien Secured Parties, and the DIP Lenders Regarding Resolution of Challenge Period and Related Settlement Matters*; and this Court having reviewed the stipulation (the "**Stipulation**"),[2] as agreed to by the Debtors, the Committee, the Prepetition First Lien Secured Parties, and the DIP Lenders, a copy of which is attached hereto as **Exhibit 1**; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and it appearing that venue is proper in this district pursuant to 28 U.S.C. § 1409; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that the relief being granted by this Order is in the best interest of the Debtors, their estates and creditors; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Sientra, Inc. (1000); Mist Holdings, Inc. (4221); Mist, Inc. (1202); and Mist International, Inc. (3363). The Debtors' service address is 3333 Michelson Drive, Suite 650, Irvine, CA 92612.

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

1. The Stipulation is hereby approved.

2. The Consenting Parties are authorized to perform any obligations as set forth in the Stipulation and to take any and all actions necessary to effectuate the terms of the Stipulation.

3. This Order is effective immediately upon its entry by the Court.

4. This Court shall retain jurisdiction with regards to all matters arising from or related to the implementation, interpretation, or enforcement of this Order and the Stipulation.

**Dated: April 30th, 2024**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**

AMERICAS 126830498