# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Project Sage M Holdings Oldco, Inc., *et al.*,[1]<br><br>                       Debtors. | Chapter 11<br><br>Case No. 24-10245 (JTD)<br><br>(Jointly Administered) |

## AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JUNE 18, 2024 AT 1:00 P.M. EASTERN TIME[3]

> **This proceeding will be conducted remotely via Zoom. Please refer to Judge Dorsey's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-john-t-dorsey) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Dorsey's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

## RESOLVED MATTERS

1. **Removal Extension Motion** – Debtors' Motion to Enlarge the Period Within Which They May Remove Actions [Filed: 5/8/24] (Docket No. 381).

    Response Deadline: May 22, 2024 at 4:00 p.m. Eastern Time.

    Responses Received: None.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Project Sage Oldco, Inc. (f/k/a Sientra, Inc.) (1000); Project Sage M Holdings Oldco, Inc. (f/k/a Mist Holdings, Inc.) (4221); Project Sage M Oldco, Inc. (f/k/a Mist, Inc.) (1202); and Project Sage M International Oldco, Inc. (f/k/a Mist International, Inc.) (3363). The Debtors' service address is 3333 Michelson Drive, Suite 650, Irvine, CA 92612.

[2] **Amended items appear in bold.**

[3] This agenda contains hyperlinks to filed documents pursuant to the Court's Interim Order re: Cessation of Hand Deliveries, dated March 13, 2020. Parties may access the filed documents through the hyperlink for a fee through the Court's website at www.deb.uscourts.gov.

Related Documents:

a) Certification of No Objection Regarding Debtors' Motion to Enlarge the Period Within Which They May Remove Actions [Filed: 5/23/24] (Docket No. 399).

b) [Signed] Order Enlarging the Period Within Which The Debtors May Remove Actions [Filed: 5/28/24] (Docket No. 403).

Status: The order has been entered. No hearing will be necessary.

2. **365(d)(4) Extension Motion** – Debtors' Motion for Entry of an Order: (I) Extending the Deadline By Which the Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property; and (II) Granting Related Relief [Filed: 5/8/24] (Docket No. 382).

Response Deadline: May 22, 2024 at 4:00 p.m. Eastern Time.

Responses Received: None.

Related Documents:

a) Certification of No Objection Regarding Debtors' Motion for Entry of an Order: (I) Extending the Deadline By Which the Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property; and (II) Granting Related Relief  [Filed: 5/23/24] (Docket No. 400).

b) [Signed] Order: (I) Extending the Deadline By Which the Debtors Must Assume or Reject Unexpired Leases of Nonresidential Real Property; and (II) Granting Related Relief [Filed: 5/28/24] (Docket No. 404).

Status: The order has been entered. No hearing will be necessary.

3. **Exclusivity Extension Motion** – Motion of Debtors for Entry of an Order (I) Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief [Filed: 5/21/24] (Docket No. 392).

Response Deadline: June 4, 2024 at 4:00 p.m. Eastern Time.

Responses Received: None.

Related Documents:

a) Certification of No Objection Regarding Motion of Debtors for Entry of an Order (I) Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief [Filed: 6/10/24] (Docket No. 421).

b) [Signed] Order (I) Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief [Filed: 6/10/24] (Docket No. 422).

Status:  The order has been entered.  No hearing will be necessary.

**MATTER GOING FORWARD**

4. **Combined Disclosure Statement and Joint Plan** – Second Amended Combined Disclosure Statement and Joint Plan of Project Sage Oldco, Inc. and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code [Filed: 6/13/24] (Docket No. 430).

    Response Deadline:  June 7, 2024 at 5:00 p.m. Eastern Time.  Extended to June 12, 2024 for the Office of the United States Trustee (the "UST").

    Responses Received:

    a) Louisiana Department of Revenue's Objection to Amended Combined Disclosure Statement and Joint Plan of Sientra, Inc. and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code (a Liquidating Plan) [Filed: 6/6/24] (Docket No. 412).

    b) Limited Objection and Reservation of Rights of RWJBH with Respect to the Amended Combined Disclosure Statement and Joint Plan of Sientra, Inc. and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code [Filed: 6/7/24] (Docket No. 418).

    Related Documents:

    a) Combined Disclosure Statement and Joint Plan of Sientra, Inc. and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code [Filed: 4/15/24] (Docket No. 300).

    b) Amended Combined Disclosure Statement and Joint Plan of Sientra, Inc. and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code [Filed: 5/7/24] (Docket No. 375).

    c) Notice of Filing of Blackline of Amended Combined Plan and Disclosure Statement [Filed: 5/7/24] (Docket No. 376)

    d) Order (I) Granting Conditional Approval of Adequacy of the Disclosures in the Combined Disclosure Statement and Plan; (II) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing and Setting Dates and Deadlines Related Thereto; (III) Approving Solicitation Packages and Procedures; (IV) Approving the Forms of Ballots and Notices in Connection Therewith; and (V) Granting Related Relief [Filed: 5/8/24] (Docket No. 380).

    e) Notice of (I) Conditional Approval of Disclosures; (II) Hearing to Consider Disclosure Statement Approval and Confirmation of the Amended Combined Plan and Disclosure Statement; (III) Deadline for Filing Objections to Confirmation of the Amended

Combined Plan and Disclosure Statement; and (IV) Deadline for Voting on the Amended Combined Plan and Disclosure Statement [Filed: 5/9/24] ([Docket No. 385](#)).

f) Certificate of Publication Regarding Notice of Hearing on Disclosure Statement and Confirmation of Amended Combined Plan and Disclosure Statement [Filed: 5/14/24] ([Docket No. 387](#)).

g) Notice of Filing of Plan Supplement with Respect to Amended Combined Disclosure Statement and Joint Plan of Sientra, Inc. and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code [Filed: 5/31/24] ([Docket No. 409](#)).

h) Declaration of Emily Young on Behalf of Epiq Corporate Restructuring, LLC, Regarding Solicitation and Tabulation of Ballots Cast on the Amended Combined Disclosure Statement and Joint Plan of Sientra, Inc. and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code [Filed: 6/13/24] ([Docket No. 429](#)).

i) Notice of Filing of Blackline of Second Amended Combined Disclosure Statement and Joint Plan of Project Sage Oldco, Inc. and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code [Filed: 6/13/24] ([Docket No. 431](#)).

j) Declaration of Bob Butler, Managing Director of Berkeley Research Group, LLC, in Support of Approval of the Debtors' Second Amended Combined Disclosure Statement and Joint Plan of Project Sage Oldco, Inc. and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code [Filed: 6/13/24] ([Docket No. 432](#)).

k) Declaration of Ron Menezes, Chief Executive Officer and President of Project Sage Oldco, Inc., in Support of Approval of the Debtors' Second Amended Combined Disclosure Statement and Joint Plan of Project Sage Oldco, Inc. and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code [Filed: 6/13/24] ([Docket No. 433](#)).

l) Debtors' Memorandum of Law in Support of an Order Approving the Debtors' Second Amended Combined Disclosure Statement and Joint Plan of Project Sage Oldco, Inc. and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code [Filed: 6/13/24] ([Docket No. 434](#)).

m) Debtors' Motion for Entry of an Order Authorizing the Debtors to Exceed the Page Limit Requirement for the Debtors' Memorandum of Law in Support of an Order Approving the Debtors' Second Amended Combined Disclosure Statement and Joint Plan of Project Sage Oldco, Inc. and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code [Filed: 6/13/24] ([Docket No. 435](#)).

n) Deerfield's Statement in Support of Approval of the Debtors' Second Amended Combined Disclosure Statement and Joint Plan [Filed: 6/13/24] ([Docket No. 436](#)).

o) Witness and Exhibit List for Hearing on June 18, 2024 at 1:00 p.m. (ET) **[Filed: 6/17/24] ([Docket No. 438](#)).**

p)  [Proposed] Findings of Fact, Conclusions of Law, and Order Approving the Debtors' Second Amended Combined Disclosure Statement and Joint Plan of Project Sage Oldco, Inc. and its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code [Filed: TBF] (Docket No. TBF).

Status:  This matter will go forward.

| | |
|---|---|
| Dated:  June 17, 2024 | PACHULSKI STANG ZIEHL & JONES LLP |
| | |
| | */s/ Laura Davis Jones* |
| | Laura Davis Jones (DE Bar No. 2436) |
| | David M. Bertenthal (CA Bar No. 167624) |
| | Timothy P. Cairns (DE Bar No. 4228) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, Delaware 19899-8705 (Courier 19801) |
| | Telephone:  302-652-4100 |
| | Facsimile:   302-652-4400 |
| | Email: ljones@pszjlaw.com |
| | dbertenthal@pszjlaw.com |
| | tcairns@pszjlaw.com |
| | |
| | -and- |
| | |
| | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| | Nicole L. Greenblatt, P.C. (admitted *pro hac vice*) |
| | Elizabeth H. Jones (admitted *pro hac vice*) |
| | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| | 601 Lexington Avenue |
| | New York, New York 10022 |
| | Telephone:     (212) 446-4800 |
| | Facsimile:      (212) 446-4900 |
| | Email: joshua.sussberg@kirkland.com |
| | nicole.greenblatt@kirkland.com |
| | elizabeth.jones@kirkland.com |
| | |
| | *Co-Counsel to the Debtors and Debtors in Possession* |