**Project Sage Oldco, Inc. (24-10245) – June 18, 2024 (1:00pm)**

| First Name | Last Name | Firm | Representing |
|---|---|---|---|
| Justin | Alberto | Cole Schotz P.C. | Committee |
| Andrea | Amulic | White & Case LLP | Committee |
| Benjamin | Beller | Sullivan & Cromwell LLP | Deerfield Partners L.P. |
| Oliver | Bennett | | Debtors |
| Ari | Blaut | Sullivan & Cromwell LLP | Deerfield Partners L.P. |
| Bob | Butler | | Debtors |
| Mary | Caloway | Pachulski Stang Ziehl & Jones LLP | Debtors |
| David | Crapo | Gibbons P.C. | RWJBH |
| Justin | DeCamp | Potter Anderson & Corroon LLP | Deerfield Partners L.P. |
| Jack | Dougherty | Cole Schotz P.C. | Committee |
| Katharina | Earle | Gibbons P.C. | RWJBH |
| Gregory | Flasser | Potter Anderson & Corroon LLP | Deerfield Partners L.P. |
| Shannon | Forshay | Potter Anderson & Corroon LLP | Deerfield Partners L.P. |
| Rachel | Golden | | Debtors |
| Nicole | Greenblatt | Kirkland & Ellis LLP | Debtors |
| Taylor | Harrison | | |
| Lauren | Huber | Potter Anderson & Corroon LLP | Deerfield Partners L.P. |
| Brian | Hunt | | Epiq Corporate Restructuring |
| Elizabeth | Jones | Kirkland & Ellis LLP | Debtors |
| Laura Davis | Jones | Pachulski Stang Ziehl & Jones LLP | Debtors |
| Andrea | Kropp | White & Case LLP | Committee |
| Maxim | Litvak | Pachulski Stang Ziehl & Jones LLP | Debtors |
| Ron | Menezes | | Debtors |
| Stacy | Newman | Cole Schotz P.C. | Committee |
| Andrew | O'Neill | White & Case LLP | The Official Committee of Unsecured Creditors |
| Robert | Orren | | |
| Katy | Pape | | |
| Isabella | Paretti | | Debtors |
| Gregory | Pesce | White & Case LLP | The Official Committee of Unsecured Creditors |
| Patrick | Reilley | Cole Schotz P.C. | Committee |
| David | Rosenthal | Sullivan & Cromwell LLP | Deerfield Partners L.P. |
| Christopher | Samis | Potter Anderson & Corroon LLP | Deerfield Partners L.P. |
| John | Schanne | DOJ | UST |

| | | | |
|---|---|---|---|
| Michael | Sicari | | |
| Matthew | Souza | Sullivan & Cromwell LLP | Deerfield Partners L.P. |
| Aaron | Stulman | Potter Anderson & Corroon LLP | Deerfield Partners L.P. |
| Jordan | Williams | Blank Rome LLP | Tiger Aesthetics Medical, LLC |
| Emily | Young | | Debtors |
| Emily | Young | Epiq Corporate Restructuring, LLC | Epiq Corporate Restructuring, LLC |
| Golshid | Zahiremami | White & Case LLP | The Official Committee of Unsecured Creditors |