### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PROJECT SAGE M HOLDINGS OLDCO, INC., *et al.*,[1] | ) Case No. 24-10245 (JTD) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Ref. Docket No. 523** |

### CERTIFICATE OF SERVICE

I, ANDREA SPEELMAN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 14, 2024, I caused to be served the "Fourth Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period From June 1, 2024, Through and Including June 18, 2024," dated August 14, 2024 [Docket No. 523], by causing true and correct copies to be:

    a. enclosed securely in a postage pre-paid envelope and delivered via first class mail to the party listed on the annexed Exhibit A, and

    b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. The envelope utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Andrea Speelman*
Andrea Speelman

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Project Sage Oldco, Inc. (f/k/a Sientra, Inc.) (1000); Project Sage M Holdings Oldco, Inc. (f/k/a Mist Holdings, Inc.) (4221); Project Sage M Oldco, Inc. (f/k/a Mist, Inc.) (1202); and Project Sage M International Oldco, Inc. (f/k/a Mist International, Inc.) (3363). The Debtors' service address is 3333 Michelson Drive, Suite 650, Irvine, CA 92612.

# EXHIBIT A

PROJECT SAGE M HOLDINGS OLDCO, INC., *et al.*,
Case No. 24-10245 (JTD)
First Class Mail Service

SIENTRA, INC.
ATTN: CHIEF EXECUTIVE OFFICER
333 MICHELSEN DR, STE 650
IRVINE, CA 92612

**EXHIBIT B**

PROJECT SAGE M HOLDINGS OLDCO, INC., *et al*.,
Case No. 24-10245 (JTD)
Email Service List - Fee Notice Parties

| Fee Notice Parties | Email Address |
|---|---|
| PACHULSKI STANG ZIEHL & JONES LLP | ljones@pszjlaw.com |
| KIRKLAND & ELLIS LLP | elizabeth.jones@kirkland.com |
| UNITED STATES TRUSTEE | john.schanne@usdoj.gov |
| COLE SCHOTZ P.C. | jalberto@coleschotz.com |
| WHITE & CASE LLP | gpesce@whitecase.com |
| LORI LAPIN JONES PLLC | ljones@jonespllc.com |