IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| PROJECT SAGE M HOLDINGS OLDCO, INC., *et al.*,[1] | ) Case No. 24-10245 (JTD) |
|  | ) (Jointly Administered) |
| Debtors. | ) |
|  | ) **Ref. Docket Nos. 526 – 528** |

### CERTIFICATE OF SERVICE

I, HALLIE DREIMAN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 16, 2024, I caused to be served the:

    a. "Fourth Monthly and Final Application of Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Debtors During the Period From February 12, 2024 Through June 18, 2024," dated August 16, 2024 [Docket No. 526], (the "BRG Application"),

    b. "Notice of Fourth Monthly and Final Application of Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Debtors During the Period From February 12, 2024 Through June 18, 2024," dated August 16, 2024, *related to Docket No. 526,* a copy of which is annexed hereto as Exhibit A, (the "BRG Notice"),

    c. "First and Final Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period From February 12, 2024 Through and Including June 18, 2024," dated August 16, 2024 [Docket No. 527], (the "K & E Application"), and

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Project Sage Oldco, Inc. (f/k/a Sientra, Inc.) (1000); Project Sage M Holdings Oldco, Inc. (f/k/a Mist Holdings, Inc.) (4221); Project Sage M Oldco, Inc. (f/k/a Mist, Inc.) (1202); and Project Sage M International Oldco, Inc. (f/k/a Mist International, Inc.) (3363). The Debtors' service address is 3333 Michelson Drive, Suite 650, Irvine, CA 92612.

    d. "First and Final Fee Application of Miller Buckfire for Compensation for Services Rendered and Reimbursement of Expenses Incurred," dated August 16, 2024 [Docket No. 528], (the "Miller Buckfire Application"),

by causing true and correct copies of the:

    i. BRG Notice, K & E Application, and Miller Buckfire Application to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>,

    ii. BRG Application to be enclosed securely in a postage pre-paid envelope and delivered via first class mail to the party listed on the annexed <u>Exhibit C</u>,

    iii. BRG Notice, K & E Application, and Miller Buckfire Application to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit D</u>, and

    iv. BRG Application to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit E</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

                                                                    */s/ Hallie Dreiman*
                                                                    Hallie Dreiman

**EXHIBIT A**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Project Sage M Holdings Oldco, Inc., *et al.*,[1] | ) | Case No. 24-10245 (JTD) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**Objection Deadline:  September 6, 2024 at 4:00 p.m. (ET)**

### NOTICE OF FOURTH MONTHLY AND FINAL APPLICATION OF BERKELEY RESEARCH GROUP, LLC FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE DEBTORS DURING THE PERIOD FROM FEBRUARY 12, 2024 THROUGH JUNE 18, 2024

**PLEASE TAKE NOTICE** that Berkeley Research Group, LLC ("BRG"), financial advisor to the above-captioned debtors and debtors in possession, filed its *Fourth Monthly and Final Application of Berkeley Research Group, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Debtors During the Period from February 12, 2024 through June 18, 2024* (the "Application") seeking final approval for compensation for service rendered and reimbursement of actual and necessary expenses for the period from February 12, 2024 to June 18, 2024.

**PLEASE TAKE FURTHER NOTICE** that any objection or response to the Application must be made in writing and be filed with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **September 6, 2024 at 4:00 p.m. prevailing Eastern Time**.

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are:  Project Sage Oldco, Inc. (f/k/a Sientra, Inc.) (1000); Project Sage M Holdings Oldco, Inc. (f/k/a Mist Holdings, Inc.) (4221); Project Sage M Oldco, Inc. (f/k/a Mist, Inc.) (1202); and Project Sage M International Oldco, Inc. (f/k/a Mist International, Inc.) (3363).  The Debtors' service address is 3333 Michelson Drive, Suite 650, Irvine, CA 92612.

4861-7822-6633.4 79023.00001

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the objection or response, if any, by email upon the following: (a) counsel to the Debtors, (x) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801, Attn: Laura Davis Jones (ljones@pszjlaw.com), and (y) Kirkland & Ellis LLP and Kirkland & Ellis International LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Elizabeth H. Jones (elizabeth.jones@kirkland.com); (b) the Office of The United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: John Schanne (john.schanne@usdoj.gov); and (c) counsel to the Committee, (x) Cole Schotz P.C., 500 Delaware Avenue, Suite 1410, Wilmington, Delaware 19801, Attn: Justin R. Alberto (jalberto@coleschotz.com), and (y) White & Case LLP, 111 South Wacker Drive, Chicago, Illinois 60606, Attn: (gpesce@whitecase.com).

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE APPLICATION WILL BE HELD ON A DATE AND TIME TO BE DETERMINED BEFORE THE HONORABLE JOHN T. DORSEY, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801.

| | |
|---|---|
| Dated:  August 16, 2024 | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Laura Davis Jones*<br>Laura Davis Jones (DE Bar No. 2436)<br>David M. Bertenthal (CA Bar No. 167624)<br>Timothy P. Cairns (DE Bar No. 4228)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone:   302-652-4100<br>Facsimile:    302-652-4400<br>Email: ljones@pszjlaw.com<br>          dbertenthal@pszjlaw.com<br>          tcairns@pszjlaw.com<br><br>                    -and-<br><br>Joshua A. Sussberg, P.C. (admitted *pro hac vice*)<br>Nicole L. Greenblatt, P.C. (admitted *pro hac vice*)<br>Elizabeth H. Jones (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:     (212) 446-4800<br>Facsimile:      (212) 446-4900<br>Email: joshua.sussberg@kirkland.com<br>          nicole.greenblatt@kirkland.com<br>          elizabeth.jones@kirkland.com<br><br>*Co-Counsel to the Debtors and Debtors in Possession* |

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| COMMONWEALTH OF PUERTO RICO ATTY | GENERAL ATTN: DOMINGO EMANUELLI HERNANDEZ PO BOX 9020192 SAN JUAN PR 00902-0192 |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD., SUITE 100 DOVER DE 19904 |
| INTERNAL REVENUE SERVICE | P.O. BOX 7346 PHILADELPHIA PA 19101-7346 |
| NORTHERN MARIANA ISLANDS ATTY | GENERAL ATTN: EDWARD MANIBUSAN CALLER BOX 10007 SAIPAN MP 96950-8907 |
| OFFICE OF THE US ATTORNEY | DISTRICT OF DELAWARE 1313 N. MARKET ST PO BOX 2046 WILMINGTON DE 19801 |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN: STEVE MARSHALL 501 WASHINGTON AVE MONTGOMERY AL 36104 |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN: STEVE MARSHALL PO BOX 300152 MONTGOMERY AL 36130-0152 |
| STATE OF CALIFORNIA AG | CONSUMER PROTECTION SEC.,BANKR NOTI 455 GOLDEN GATE AVE., STE. 11000 SAN FRANCISCO CA 94102-7004 |
| STATE OF CALIFORNIA ATTORNEY | GENERAL ATTN: ROB BONTA 1300 'I' ST SACRAMENTO CA 95814-2919 |
| STATE OF FLORIDA ATTORNEY GENERAL | ATTN: ASHLEY MOODY PL 01 THE CAPITOL TALLAHASSEE FL 32399-1050 |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: KWAME RAOUL 100 W RANDOLPH ST CHICAGO IL 60601 |
| STATE OF INDIANA ATTORNEY GENERAL | ATTN: TODD ROKITA INDIANA GOVERNMENT CENTER SOUTH 302 W WASHINGTON ST, 5TH FL INDIANAPOLIS IN 46204 |
| STATE OF KANSAS ATTORNEY GENERAL | ATTN: KRIS W. KOBACH 120 SW 10TH AVE, 2ND FL TOPEKA KS 66612 |
| STATE OF KENTUCKY ATTORNEY GENERAL | ATTN: DANIEL CAMERON 700 CAPITOL AVE, STE 118 FRANKFORT KY 40601-3449 |
| STATE OF MASSACHUSETTS AG | ATTN: ANDREA JOY CAMPBELL 1 ASHBURTON PLACE, 20TH FL BOSTON MA 02108-1518 |
| STATE OF MINNESOTA ATTORNEY GENERAL | ATTN: KEITH ELLISON 445 MINNESOTA ST STE 1400 ST. PAUL MN 55101-2131 |
| STATE OF MISSISSIPPI ATTORNEY | GENERAL ATTN: LYNN FITCH PO BOX 220 JACKSON MS 39205 |
| STATE OF MONTANA ATTORNEY GENERAL | ATTN: AUSTIN KNUDSEN JUSTICE BLDG 215 N SANDERS ST HELENA MT 59601 |
| STATE OF NEW HAMPSHIRE AG | JOHN M.FORMELLA, NH DEPT OF JUSTICE 33 CAPITOL ST CONCORD NH 03301 |
| STATE OF NEW JERSEY AG | MATTHEW J. PLATKIN 25 MARKET ST – PO BOX 080 TRENTON NJ 08625-0080 |
| STATE OF NEW MEXICO AG | ATTN: RAUL TORREZ 408 GALISTEO ST, VILLAGRA BLDG SANTA FE NM 87501 |
| STATE OF NORTH CAROLINA ATTORNEY | GENERAL ATTN: JOSH STEIN PO BOX 629 RALEIGH NC 27602-0629 |
| STATE OF NORTH CAROLINA ATTORNEY | GENERAL ATTN: JOSH STEIN 9001 MAIL SERVICE CTR RALEIGH NC 27699-9001 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON 300 W 15TH ST AUSTIN TX 78701 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON PO BOX 12548 AUSTIN TX 78711-2548 |
| STATE OF VIRGINIA ATTORNEY GENERAL | ATTN: JASON MIYARES 202 N NINTH ST RICHMOND VA 23219 |
| STATE OF WISCONSIN ATTORNEY GENERAL | ATTN: JOSH KAUL WISCONSIN DEPARTMENT OF JUSTICE 17 PO BOX 7857 MADISON WI 53703-7857 |
| STATE OF WYOMING ATTORNEY GENERAL | ATTN: BRIDGET HILL 109 STATE CAPITAL 200 W. 24TH ST CHEYENNE WY 82002 |
| U.S. DEPARTMENT OF JUSTICE | 950 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20530-0001 |

**Total Creditor count  29**

**EXHIBIT C**

Project Sage M Holdings Oldco, Inc., *et al*.
Case No. 24-10245 (JTD)
First Class Mail Additional Service List

SIENTRA, INC.
ATTN: CHIEF EXECUTIVE OFFICER
333 MICHELSEN DR, STE 650
IRVINE, CA 92612

**EXHIBIT D**

Project Sage M Holdings Oldco, Inc., *et al.,* Case No. 24-10245 (JTD)
Electronic Mail Master Service List

| NAME | EMAIL ADDRESS |
|---|---|
| PACHULSKI STANG ZIEHL & JONES LLP (DEBTORS' COUNSEL) | MCALOWAY@PSZJLAW.COM |
| DELAWARE DEPARTMENT OF JUSTICE | ATTORNEY.GENERAL@DELAWARE.GOV |
| INTERNAL REVENUE SERVICE | CHARLES.MESSING@IRS.GOV; DENNIS.MOODY@IRS.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE | JOHN.SCHANNE@USDOJ.GOV |
| SECRETARY OF STATE/DIV OF REVENUE | DOSDOC_FTAX@DELAWARE.GOV |
| SECURITIES & EXCHANGE COMMISSION | SECBANKRUPTCY-OGC-ADO@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION | OCR@SEC.GOV |
| LORI LAPIN JONES PLLC | LJONES@JONESPLLC.COM |
| SIMATRIX, INC (COMMITTEE OF UNSECURED CREDITORS) | MICHAEL.KELLEY@LUBRIZOL.COM |
| FORMULATED SOLUTIONS, LLC (COMMITTEE OF UNSECURED CREDITORS) | BSCHUMM@FORMULATEDSOLUTIONS.COM |
| VERANEX, INC (COMMITTEE OF UNSECURED CREDITORS) | CARRIE.RANDA@VERANEX.COM |
| SYNEOS HEALTH, LLC (COMMITTEE OF UNSECURED CREDITORS) | AGUSTIN.ZEMBORAIN@SYNEOSHEALTH.COM |
| THE EXHIBIT COMPANY, INC (COMMITTEE OF UNSECURED CREDITORS) | RICH.REALBUTO@EXHIBITCOMPANYINC.COM |
| MISSION PLASTICOS FOUNDATON (COMMITTEE OF UNSECURED CREDITORS) | SUSAN@MISSIONPLASTICOS.ORG |
| REALTIME MEDIA, LLC (COMMITTEE OF UNSECURED CREDITORS) | MMCSUNAS@RTM.COM |
| COLE SCHOTZ P.C. (COUNSEL TO UCC) | JALBERTO@COLESCHOTZ.COM; PREILLEY@COLESCHOTZ.COM; SNEWMAN@COLESCHOTZ.COM |
| WHITE & CASE LLP (COUNSEL TO UCC) | GPESCE@WHITECASE.COM; AONEILL@WHITECASE.COM |
| POTTER ANDERSON & CORROON LLP (COUNSEL TO DEERFIELD PARTNERS L.P.) | CSAMIS@POTTERANDERSON.COM; ASTULMAN@POTTERANDERSON.COM; GFLASSER@POTTERANDERSON.COM |
| SULLIVAN & CROMWELL LLP (COUNSEL TO DEERFIELD PARTNERS L.P.) | AKLILUD@SULLCROM.COM; BLAUTA@SULLCROM.COM; BELLERB@SULLCROM.COM; ANSELMIJ@SULLCROM.COM; THIRYM@SULLCROM.COM; ROSENTHALD@SULLCROM.COM; AHMEDC@SULLCROM.COM |
| DISTRICT OF COLUMBIA ATTORNEY GENERAL | OAG@DC.GOV |
| OFFICE OF THE ATTORNEY GENERAL OF GUAM | ADMINISTRATION@OAGGUAM.ORG |
| STATE OF ALASKA ATTORNEY GENERAL | ATTORNEY.GENERAL@ALASKA.GOV |
| STATE OF AMERICAN SAMOA ATTORNEY GENERAL | AG@LA.AS.GOV |
| STATE OF ARIZONA ATTORNEY GENERAL | AGINFO@AZAG.GOV |
| STATE OF ARKANSAS ATTORNEY GENERAL | OAG@ARKANSASAG.GOV |
| STATE OF COLORADO ATTORNEY GENERAL | ATTORNEY.GENERAL@COAG.GOV |
| STATE OF CONNECTICUT ATTORNEY GENERAL | ATTORNEY.GENERAL@CT.GOV |
| STATE OF DELAWARE ATTORNEY GENERAL | ATTORNEY.GENERAL@DELAWARE.GOV |
| STATE OF GEORGIA ATTORNEY GENERAL | AGCARR@LAW.GA.GOV |
| STATE OF HAWAII ATTORNEY GENERAL | HAWAIIAG@HAWAII.GOV |
| STATE OF IDAHO ATTORNEY GENERAL | BANKRUPTCY@AG.IDAHO.GOV |
| STATE OF IOWA ATTORNEY GENERAL | WEBTEAM@AG.IOWA.GOV |

Project Sage M Holdings Oldco, Inc., *et al.,*  Case No. 24-10245 (JTD)
Electronic Mail Master Service List

| NAME | EMAIL ADDRESS |
| --- | --- |
| STATE OF LOUISIANA ATTORNEY GENERAL | CONSTITUENTSERVICES@AG.LOUISIANA.GOV |
| STATE OF MAINE ATTORNEY GENERAL | ATTORNEY.GENERAL@MAINE.GOV |
| STATE OF MARYLAND ATTORNEY GENERAL | OAG@OAG.STATE.MD.US |
| STATE OF MICHIGAN ATTORNEY GENERAL | MIAG@MICHIGAN.GOV |
| STATE OF MICHIGAN ASSISTANT ATTORNEY GENERAL | MILLERJ51@MICHIGAN.GOV |
| STATE OF MISSOURI ATTORNEY GENERAL | ATTORNEY.GENERAL@AGO.MO.GOV |
| STATE OF NEBRASKA ATTORNEY GENERAL | AGO.INFO.HELP@NEBRASKA.GOV |
| STATE OF NEVADA ATTORNEY GENERAL | AGINFO@AG.NV.GOV |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTORNEYGENERAL@DOJ.NH.GOV |
| STATE OF NEW YORK ATTORNEY GENERAL | MARTIN.MOONEY@AG.NY.GOV |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | NDAG@ND.GOV |
| STATE OF OHIO ATTORNEY GENERAL | TRISH.LAZICH@OHIOATTORNEYGENERAL.GOV |
| STATE OF OKLAHOMA ATTORNEY GENERAL | DONNA.HOPE@OAG.OK.GOV |
| STATE OF OREGON ATTORNEY GENERAL | ATTORNEYGENERAL@DOJ.STATE.OR.US |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | CONSUMERS@ATTORNEYGENERAL.GOV |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | AG@RIAG.RI.GOV |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ODCMAIL@SCCOURTS.ORG |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | CONSUMERHELP@STATE.SD.US |
| STATE OF TENNESSEE ATTORNEY GENERAL | AGBANKCAL@AG.TN.GOV; AGBANKDELAWARE@AG.TN.GOV |
| STATE OF UTAH ATTORNEY GENERAL | BANKRUPTCY@AGUTAH.GOV |
| STATE OF VERMONT ATTORNEY GENERAL | AGO.INFO@VERMONT.GOV |
| STATE OF WASHINGTON ATTORNEY GENERAL | SERVICEATG@ATG.WA.GOV |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | COMMUNICATIONS@WVAGO.GOV |
| U.S VIRGIN ISLANDS ATTORNEY GENERAL | INFO@USVIDOJ.COM |
| KILPATRICK TOWNSEND & STOCKTON LLP (COUNSEL TO ELUTIA INC.) | TMEYERS@KTSLAW.COM; KMOYNIHAN@KTSLAW.COM |
| MONZACK MERSKY AND BROWDER, P.A. (COUNSEL TO WASTE MANAGEMENT) | RMERSKY@MONLAW.COM |
| BUCHALTER, P.C. (COUNSEL TO ORACLE AMERICA, INC) | SCHRISTIANSON@BUCHALTER.COM |
| BAKER & HOSTETLER LLP (COUNSEL TO SILIMED-INDUTRIA DE IMPLANTES LTDA) | JJLYONS@BAKERLAW.COM; ALAYDEN@BAKERLAW.COM |
| DUANE MORRIS LLP (COUNSEL TO GI ETS SANTA CLARA 2805 LLC) | ROLINER@DUANEMORRIS.COM; DFSHANAGHER@DUANEMORRIS.COM |
| BULKLEY, RICHARDSON AND GELINAS, LLP (COUNSEL TO BAYSTATE MEDICAL CENTER INC) | MCRESS@BULKLEY.COM |
| FERGUSON BRASWELL FRASER KUBASTA PC (NUANCE INTERMEDIARY LLC) | RSMILEY@FBFK.LAW |
| SAUL EWING LLP ((NUANCE INTERMEDIARY LLC) | MONIQUE.DISABATINO@SAUL.COM |
| DOSHI LEGAL GROUP, P.C. (COUNSEL TO ORACLE AMERICA, INC) | AMISH@DOSHILEGAL.COM |
| BALLARD SPAHR LLP (COUNSEL TO LBA IV-PPI, LLC) | HEILMANL@BALLARDSPAHR.COM; ROGLENL@BALLARDSPAHR.COM; BRANNICKN@BALLARDSPAHR.COM; VESPERM@BALLARDSPAHR.COM |
| ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP (COUNSEL TO LBA IV-PPI, LLC) | IGOLD@ALLENMATKINS.COM |
| BLANK ROME (COUNSEL TO TIGER MEDICAL HOLDINGS, LLC) | MIKE.SCHAEDLE@BLANKROME.COM; JORDAN.WILLIAMS@BLANKROME.COM |
| GIBBONS PC (COUNSEL TO RWJ BARNABAS HEALTH) | KEARLE@GIBBONSLAW.COM |

**EXHIBIT E**

Project Sage M Holdings Oldco, Inc., *et al.,* Case No. 24-10245 (JTD)
Electronic Mail Fee Application Service List

| NAME | EMAIL ADDRESS |
|---|---|
| PACHULSKI STANG ZIEHL & JONES LLP | LJONES@PSZJLAW.COM |
| KIRKLAND & ELLIS LLP | ELIZABETH.JONES@KIRKLAND.COM |
| UNITED STATES TRUSTEE | JOHN.SCHANNE@USDOJ.GOV |
| COLE SCHOTZ P.C. | JALBERTO@COLESCHOTZ.COM |
| WHITE & CASE LLP | GPESCE@WHITECASE.COM |
| LORI LAPIN JONES PLLC | LJONES@JONESPLLC.COM |