# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Project Sage M Holdings Oldco, Inc., *et al.*,[1] | ) Case No. 24-10245 (JTD) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## ORDER SCHEDULING OMNIBUS HEARING DATE

IT IS HEREBY ORDERED, that the following omnibus hearing date has been scheduled in the above-captioned cases:

| DATE | TIME |
|---|---|
| October 2, 2024 | 11:00 a.m. prevailing Eastern Time |

**Dated: August 30th, 2024**
**Wilmington, Delaware**

**JOHN T. DORSEY**
**UNITED STATES BANKRUPTCY JUDGE**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Project Sage Oldco, Inc. (1000); Project Sage M Holdings Oldco, Inc. (4221); Project Sage M Oldco, Inc. (1202); and Project Sage M International Oldco, Inc. (3363). The Debtors' service address is 3333 Michelson Drive, Suite 650, Irvine, CA 92612.

4881-3434-9482.5 79023.00001