RECEIVED
2024 DEC 12  AM 10: 49

**Fill in this information to identify the case:**

Debtor 1: Sientra, Inc.

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: District of: DE

Case number: 24-10245 - JTD

# Proof of Claim Withdrawal Form

(DO NOT USE THIS FORM TO CEASE PAYMENTS FOR A CLAIM PAID IN FULL. PLEASE AMEND YOUR ORIGINAL CLAIM TO SHOW THE TOTAL AMOUNT THAT PAID THE CLAIM IN FULL)

### Part 1: Identify the Claim

**Creditor Name and Address:**
Name: Tucson Medical Center
Street: 5301 E. Grant Road
City: Tucson    State: AZ    Zip: 85712

**Court Claim Number (if known):** 0000010163

**Date Claim Filed:** 08/08/2024 (mm/dd/yyyy)

**Total Amount of Claim Filed:** $238,680

### Part 2: Sign And Date

The person completing this form must sign and date it.

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above referenced Debtor.

Signed: Christopher A. Ramsey
(Digitally signed by Christopher A. Ramsey
Date: 2024.11.22 17:16:28 -07'00')

Print: Christopher A. Ramsey

Date: 11/22/2024 (mm/dd/yyyy)

**Fill in this information to identify the case:**

Debtor 1: Sientra, Inc.

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: _____  District of: DE

Case number: 24-10245

# Proof of Claim Withdrawal Form

(DO NOT USE THIS FORM TO CEASE PAYMENTS FOR A CLAIM PAID IN FULL. PLEASE AMEND YOUR ORIGINAL CLAIM TO SHOW THE TOTAL AMOUNT THAT PAID THE CLAIM IN FULL)

| Part 1: | Identify the Claim |
|---|---|
| Creditor Name and Address: | Name: Tucson Medical Center <br> Street: 5301 E. Grant Road <br> City: Tucson  State: AZ  Zip: 85712 |
| Court Claim Number (if known): | 10135 |
| Date Claim Filed: | 04/30/2024 (mm/dd/yyyy) |
| Total Amount of Claim Filed: | $248,365 |

| Part 2: | Sign And Date |
|---|---|
| The person completing this form must sign and date it. | I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above referenced Debtor. <br><br> Signed: Christopher A. Ramsey  (Digitally signed by Christopher A. Ramsey Date: 2024.11.22 17:25:10 -07'00') <br> Print: Christopher A. Ramsey <br> Date: 11/22/2024 (mm/dd/yyyy) |



November 22, 2024

United States Bankruptcy Court
Attention: Claims Dept.
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801

**Re: United States Bankruptcy Court for the District of Delaware; Case Number 24-10245; Withdrawal of Claims #10163, 10135**

To whom it may concern:

Tucson Medical Center ("TMC") filed a bankruptcy claim against Sientra, Inc. ("Debtor") in the United States Bankruptcy Court for the District of Delaware.

According to the claims agent's (Epiq's) online claims database, TMC has three claims on file against Sientra:

1. Claim #48 for $248,365, filed May 3, 2024
    a. This is TMC's mailed claim.
2. Claim #10135 for $248,365, filed April 30, 2024
    a. This is TMC's electronically filed claim and is identical to Claim #48.
3. Claim #10163 for $238,680, filed August 8, 2024
    a. This is TMC's filing that amends Claim #48.

For clarity, TMC has only ever had and only intended to file one claim against Sientra, Inc. Claim #10135 is a duplicate of Claim #48.

[The remainder of this page intentionally left blank]

At this time, TMC desires to withdraw all claims against the Debtor. To that end, enclosed are two claims withdrawals—for Claim #10135 and Claim #10163—to remove any doubt as to TMC's entire withdrawal of all claims.

Please contact me directly if you have any questions.

Sincerely,

*C. Ramsey*

Christopher Ramsey
Christopher.Ramsey@tmcaz.com
(520) 324-2344