UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DELAWARE
DELAWARE DIVISION

RECEIVED
DEC 10 2024
LEGAL SERVICES

Case number 24-10245-JTD

In re: SIENTRA, INC.

Taxpayer number: XXXXXXX4081

Filed: USBC - District of Delaware
Sientra, Inc., et al    (COR)
24-10245 (JTD)
SNX
0000000013

WITHDRAWAL OF
CLAIM # 54
PRIORITY PROOF OF CLAIM

Name of Creditor: Texas Comptroller of Public Accounts

Send notices to: Office of the Attorney General
Bankruptcy & Collections Division MC-008
P.O. Box 12548
Austin, TX 78711-2548
Phone: 512-463-2173

1. DATE OF CLAIM: 05/09/2024

2. TOTAL AMOUNT OF CLAIM: $ 2,000.00
   FRANCHISE TAX CH. 171

3. DATE DEBT WAS INCURRED: 01/01/2024

4. THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN

Date: 11/25/2024

*Catherine L. Coy*
CATHERINE LEDESMA COY
Accounts Examiner
Revenue Accounting Division
Texas Comptroller of Public Accounts
512-463-4510

Penalty for presenting fraudulent claim: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. secs. 152 and 3571

Form 00-359 (Rev.8-19/7)



## TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

P.O. Box 13528 • Austin, TX 78711-3528

11/25/2024

SIENTRA, INC. CLAIMS PROCESSING CENTER
C/O EPIQ CORPORATE RESTRUCTURING, LLC
PO BOX 4420
BEAVERTON OR 97076 0420

Re: Taxpayer # XXXXXXX4081
     Bankruptcy Case # 24-10245-JTD
     SIENTRA, INC.

Enclosed is the State of Texas' notice(s) of withdrawal for a Pre-petition tax claim in the above-referenced proceeding.

Enclosed is a second copy of the withdrawal(s). Please stamp this copy with the date filed and return it in the enclosed self-addressed envelope.

The Office of the Attorney General is representing the Comptroller of Public Accounts in this proceeding. Please direct all notices and correspondence to:

> Office of the Attorney General
> Bankruptcy & Collections Division MC-008
> P.O. Box 12548
> Austin, TX 78711-2548

Thank you for your cooperation in this matter.

Sincerely,

*Catherine L. Coy*

CATHERINE LEDESMA COY
Accounts Examiner
Bankruptcy and Liens Section
Revenue Accounting Division

Enclosure

Form VT-360 (Rev.8-19/7)

Comptroller of Public Accounts - LBJ
111 E 17th St
Austin TX 78701

**USPS CERTIFIED MAIL**

2S
41

9214 8901 9403 8390 0229 05

SIENTRA INC CLAIMS PROCESSING CENTER
C/O: EPIQ CORPORATE RESTRUCTURING LLC
PO BOX 4420
BEAVERTON OR 97076-0420



CERTIFIED MAIL
OFFICIAL BUSINESS

US POSTAGE PITNEY BOWES
ZIP 78702 $ 008.44
02 7W
0008034838 DEC 03 2024

RECEIVED
DEC 10 2024
LEGAL SERVICES

9707630420 8900