**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| PROJECT SAGE M HOLDINGS OLDCO, INC., | ) Case No. 24-10245 (JTD) |
| *et al.*,[1] | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Ref. Docket No. 657** |

<u>**CERTIFICATE OF SERVICE**</u>

I, HALLIE DREIMAN, hereby certify that:

1.  I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On May 5, 2025, I caused to be served the "Plan Administrator's Motion to Further Enlarge the Period to Remove Actions," dated May 5, 2025 [Docket No. 657], by causing true and correct copies to be:

    a.  enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>, and to 13 parties whose names and addresses are confidential and therefore not included, and

    b.  delivered via electronic mail to those parties listed on the annexed <u>Exhibit B</u>.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Hallie Dreiman*
Hallie Dreiman

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Project Sage Oldco, Inc. (f/k/a Sientra, Inc.) (1000); Project Sage M Holdings Oldco, Inc. (f/k/a Mist Holdings, Inc.) (4221); Project Sage M Oldco, Inc. (f/k/a Mist, Inc.) (1202); and Project Sage M International Oldco, Inc. (f/k/a Mist International, Inc.) (3363). The Debtors' service address is 3333 Michelson Drive, Suite 650, Irvine, CA 92612.

# EXHIBIT A

| Name | Address |
|---|---|
| AMERICAN EXPRESS NATIONAL BANK | C/O BECKET & LEE LLP ATTN: SHRADDHA BHARATIA PO BOX 3001  MALVERN PA 19355-0170 |
| COMMONWEALTH OF PUERTO RICO ATTY | GENERAL ATTN: DOMINGO EMANUELLI HERNANDEZ PO BOX 9020192  SAN JUAN PR 00902-0192 |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD., SUITE 100    DOVER DE 19904 |
| INTERNAL REVENUE SERVICE | P.O. BOX 7346    PHILADELPHIA PA 19101-7346 |
| KILPATRICK TOWNSEND & STOCKTON LLP | (COUNSEL TO ELUTIA INC.) ATTN: TODD C. MEYERS, ESQ. 1100 PEACHTREE STREET NE, SUITE 2800  ATLANTA GA 30309-4528 |
| KILPATRICK TOWNSEND & STOCKTON LLP | (COUNSEL TO ELUTIA INC.) ATTN: KELLY E. MOYNIHAN, ESQ. 1114 AVENUE OF THE AMERICAS  NEW YORK NY 10036 |
| NORTHERN MARIANA ISLANDS ATTY | GENERAL ATTN: EDWARD MANIBUSAN CALLER BOX 10007  SAIPAN MP 96950-8907 |
| OFFICE OF THE US ATTORNEY | DISTRICT OF DELAWARE 1313 N. MARKET ST PO BOX 2046  WILMINGTON DE 19801 |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN: STEVE MARSHALL 501 WASHINGTON AVE    MONTGOMERY AL 36104 |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN: STEVE MARSHALL PO BOX 300152   MONTGOMERY AL 36130-0152 |
| STATE OF CALIFORNIA AG | CONSUMER PROTECTION SEC.,BANKR NOTI 455 GOLDEN GATE AVE., STE. 11000   SAN FRANCISCO CA 94102-7004 |
| STATE OF CALIFORNIA ATTORNEY | GENERAL ATTN: ROB BONTA 1300 'I' ST  SACRAMENTO CA 95814-2919 |
| STATE OF FLORIDA ATTORNEY GENERAL | ATTN: ASHLEY MOODY PL 01 THE CAPITOL    TALLAHASSEE FL 32399-1050 |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: KWAME RAOUL 100 W RANDOLPH ST  CHICAGO IL 60601 |
| STATE OF INDIANA ATTORNEY GENERAL | ATTN: TODD ROKITA INDIANA GOVERNMENT CENTER SOUTH 302 W WASHINGTON ST, 5TH FL  INDIANAPOLIS IN 46204 |
| STATE OF KANSAS ATTORNEY GENERAL | ATTN: KRIS W. KOBACH 120 SW 10TH AVE, 2ND FL   TOPEKA KS 66612 |
| STATE OF KENTUCKY ATTORNEY GENERAL | ATTN: DANIEL CAMERON 700 CAPITOL AVE, STE 118   FRANKFORT KY 40601-3449 |
| STATE OF MASSACHUSETTS AG | ATTN: ANDREA JOY CAMPBELL 1 ASHBURTON PLACE, 20TH FL   BOSTON MA 02108-1518 |
| STATE OF MINNESOTA ATTORNEY GENERAL | ATTN: KEITH ELLISON 445 MINNESOTA ST STE 1400   ST. PAUL MN 55101-2131 |
| STATE OF MISSISSIPPI ATTORNEY | GENERAL ATTN: LYNN FITCH PO BOX 220  JACKSON MS 39205 |
| STATE OF MONTANA ATTORNEY GENERAL | ATTN: AUSTIN KNUDSEN JUSTICE BLDG 215 N SANDERS ST  HELENA MT 59601 |
| STATE OF NEW JERSEY AG | MATTHEW J. PLATKIN 25 MARKET ST - PO BOX 080   TRENTON NJ 08625-0080 |
| STATE OF NEW MEXICO AG | ATTN: RAUL TORREZ 408 GALISTEO ST, VILLAGRA BLDG   SANTA FE NM 87501 |
| STATE OF NORTH CAROLINA ATTORNEY | GENERAL ATTN: JOSH STEIN 9001 MAIL SERVICE CTR  RALEIGH NC 27699-9001 |
| STATE OF NORTH CAROLINA ATTORNEY | GENERAL ATTN: JOSH STEIN PO BOX 629  RALEIGH NC 27602-0629 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON PO BOX 12548   AUSTIN TX 78711-2548 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON 300 W 15TH ST   AUSTIN TX 78701 |
| STATE OF VIRGINIA ATTORNEY GENERAL | ATTN: JASON MIYARES 202 N NINTH ST   RICHMOND VA 23219 |
| STATE OF WISCONSIN ATTORNEY GENERAL | ATTN: JOSH KAUL WISCONSIN DEPARTMENT OF JUSTICE 17 PO BOX 7857  MADISON WI 53703-7857 |
| STATE OF WYOMING ATTORNEY GENERAL | ATTN: BRIDGET HILL 109 STATE CAPITAL 200 W. 24TH ST  CHEYENNE WY 82002 |
| U.S. DEPARTMENT OF JUSTICE | 950 PENNSYLVANIA AVENUE, NW    WASHINGTON DC 20530-0001 |

# Total Count: 31

| Claim Name | Address Information |
|---|---|
| AUTHEMENT | C/O BENTLEY & MORE LLP ATTN: GREGORY BENTLEY & FARNAZ SALESSI 4931 BIRCH STREET NEWPORT BEACH CA 92660 |
| AUTHEMENT | C/O BENTLEY & MORE LLP GREGORY BENTLET & FARNAZ SALESSI 4931 BIRCH STREET NEWPORT BEACH CA 92660 |
| NAME ON FILE | ADDRESS ON FILE |
| FEGAN SCOTT LLC | ELIZABETH A. FEGAN 150 S. WACKER DR., 24TH FLOOR CHICAGO IL 60606 |
| FEGAN SCOTT LLC | MELISSA RYAN CLARK 305 BROADWAY, 7TH FLOOR NEW YORK NY 10007 |
| NAME ON FILE | ADDRESS ON FILE |
| JANE DOE | C/O FEGAN SCOTT LLC ATTN: ELIZABETH A. FEGAN 150 S. WACKER DR., 24TH FLOOR CHICAGO IL 60606 |
| JANE DOE | JANE DOE C/O FEGAN SCOTT LLC MELISSA RYAN CLARK 305 BROADWAY, 7TH FLOOR NEW YORK NY 10007 |
| NAME ON FILE | ADDRESS ON FILE |
| KELTER | C/O MARALAN LAW P.C. ATTN: SAM MARALAN 3080 BRISTOL STREET, STE 630 COSTA MESA CA 92626 |
| KELTER | C/O MARALAN LAW P.C. SAM MARALAN 3080 BRISTOL STREET, STE 630 COSTA MESA CA 92626 |
| KENNEDY | C/O SCOTT ALLEN LAW ATTN: SCOTT ALLEN 24196 E. HWY 51 BROKEN ARROW OK 74014 |
| KENNEDY | C/O SCOTT ALLEN LAW SCOTT ALLEN 24196 E. HWY 51 BROKEN ARROW OK 74014 |
| NAME ON FILE | ADDRESS ON FILE |
| MITCHELL | C/O BENTLEY & MORE LLP ATTN: GREGORY BENTLEY & FARNAZ SALESSI 4931 BIRCH STREET NEWPORT BEACH CA 92660 |
| MITCHELL | C/O BENTLEY & MORE LLP GREGORY BENTLET & FARNAZ SALESSI 4931 BIRCH STREET NEWPORT BEACH CA 92660 |
| NAME ON FILE | ADDRESS ON FILE |
| O'CONNOR | C/O BENTLEY & MORE LLP ATTN: GREGORY BENTLEY & FARNAZ SALESSI 4931 BIRCH STREET NEWPORT BEACH CA 92660 |
| OCONNOR | C/O BENTLEY & MORE LLP GREGORY BENTLET & FARNAZ SALESSI 4931 BIRCH STREET NEWPORT BEACH CA 92660 |
| NAME ON FILE | ADDRESS ON FILE |
| NAME ON FILE | ADDRESS ON FILE |

**Total Creditor count: 21**

**EXHIBIT B**

PROJECT SAGE M HOLDINGS OLDCO, INC., *et al.,*
Case No. 24-10245 (JTD)
Electronic Mail Master Service List

| NAME | EMAIL |
|---|---|
| PACHULSKI STANG ZIEHL & JONES LLP (DEBTORS' COUNSEL) | MCALOWAY@PSZJLAW.COM |
| DELAWARE DEPARTMENT OF JUSTICE | ATTORNEY.GENERAL@DELAWARE.GOV |
| INTERNAL REVENUE SERVICE | CHARLES.MESSING@IRS.GOV; DENNIS.MOODY@IRS.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE | JOHN.SCHANNE@USDOJ.GOV |
| SECRETARY OF STATE/DIV OF REVENUE | DOSDOC_FTAX@DELAWARE.GOV |
| SECURITIES & EXCHANGE COMMISSION | SECBANKRUPTCY-OGC-ADO@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION | OCR@SEC.GOV |
| LORI LAPIN JONES PLLC | LJONES@JONESPLLC.COM |
| SIMATRIX, INC (COMMITTEE OF UNSECURED CREDITORS) | MICHAEL.KELLEY@LUBRIZOL.COM |
| FORMULATED SOLUTIONS, LLC (COMMITTEE OF UNSECURED CREDITORS) | BSCHUMM@FORMULATEDSOLUTIONS.COM |
| VERANEX, INC (COMMITTEE OF UNSECURED CREDITORS) | CARRIE.RANDA@VERANEX.COM |
| SYNEOS HEALTH, LLC (COMMITTEE OF UNSECURED CREDITORS) | AGUSTIN.ZEMBORAIN@SYNEOSHEALTH.COM |
| THE EXHIBIT COMPANY, INC (COMMITTEE OF UNSECURED CREDITORS) | RICH.REALBUTO@EXHIBITCOMPANYINC.COM |
| MISSION PLASTICOS FOUNDATON (COMMITTEE OF UNSECURED CREDITORS) | SUSAN@MISSIONPLASTICOS.ORG |
| REALTIME MEDIA, LLC (COMMITTEE OF UNSECURED CREDITORS) | MMCSUNAS@RTM.COM |
| COLE SCHOTZ P.C. (COUNSEL TO UCC) | JALBERTO@COLESCHOTZ.COM; PREILLEY@COLESCHOTZ.COM; SNEWMAN@COLESCHOTZ.COM |

PROJECT SAGE M HOLDINGS OLDCO, INC., *et al.,*
Case No. 24-10245 (JTD)
Electronic Mail Master Service List

| NAME | EMAIL |
|---|---|
| POTTER ANDERSON & CORROON LLP (COUNSEL TO DEERFIELD PARTNERS L.P.) | CSAMIS@POTTERANDERSON.COM; ASTULMAN@POTTERANDERSON.COM; GFLASSER@POTTERANDERSON.COM |
| SULLIVAN & CROMWELL LLP (COUNSEL TO DEERFIELD PARTNERS L.P.) | AKLILUD@SULLCROM.COM; BLAUTA@SULLCROM.COM; BELLERB@SULLCROM.COM; ANSELMIJ@SULLCROM.COM; THIRYM@SULLCROM.COM; ROSENTHALD@SULLCROM.COM |
| DISTRICT OF COLUMBIA ATTORNEY GENERAL | OAG@DC.GOV |
| OFFICE OF THE ATTORNEY GENERAL OF GUAM | ADMINISTRATION@OAGGUAM.ORG |
| STATE OF ALASKA ATTORNEY GENERAL | ATTORNEY.GENERAL@ALASKA.GOV |
| STATE OF AMERICAN SAMOA ATTORNEY GENERAL | AG@LA.AS.GOV |
| STATE OF ARIZONA ATTORNEY GENERAL | AGINFO@AZAG.GOV |
| STATE OF ARKANSAS ATTORNEY GENERAL | OAG@ARKANSASAG.GOV |
| STATE OF COLORADO ATTORNEY GENERAL | ATTORNEY.GENERAL@COAG.GOV |
| STATE OF CONNECTICUT ATTORNEY GENERAL | ATTORNEY.GENERAL@CT.GOV |
| STATE OF DELAWARE ATTORNEY GENERAL | ATTORNEY.GENERAL@DELAWARE.GOV |
| STATE OF GEORGIA ATTORNEY GENERAL | AGCARR@LAW.GA.GOV |
| STATE OF HAWAII ATTORNEY GENERAL | HAWAIIAG@HAWAII.GOV |
| STATE OF IDAHO ATTORNEY GENERAL | BANKRUPTCY@AG.IDAHO.GOV |
| STATE OF IOWA ATTORNEY GENERAL | WEBTEAM@AG.IOWA.GOV |
| STATE OF LOUISIANA ATTORNEY GENERAL | CONSTITUENTSERVICES@AG.LOUISIANA.GOV |
| STATE OF MAINE ATTORNEY GENERAL | ATTORNEY.GENERAL@MAINE.GOV |

PROJECT SAGE M HOLDINGS OLDCO, INC., *et al.*,

Case No. 24-10245 (JTD)

Electronic Mail Master Service List

| NAME | EMAIL |
|---|---|
| STATE OF MARYLAND ATTORNEY GENERAL | OAG@OAG.STATE.MD.US |
| STATE OF MICHIGAN ATTORNEY GENERAL | MIAG@MICHIGAN.GOV |
| STATE OF MICHIGAN ASSISTANT ATTORNEY GENERAL | MILLERJ51@MICHIGAN.GOV |
| STATE OF MISSOURI ATTORNEY GENERAL | ATTORNEY.GENERAL@AGO.MO.GOV |
| STATE OF NEBRASKA ATTORNEY GENERAL | AGO.INFO.HELP@NEBRASKA.GOV |
| STATE OF NEVADA ATTORNEY GENERAL | AGINFO@AG.NV.GOV |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTORNEYGENERAL@DOJ.NH.GOV |
| STATE OF NEW YORK ATTORNEY GENERAL | MARTIN.MOONEY@AG.NY.GOV |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | NDAG@ND.GOV |
| STATE OF OHIO ATTORNEY GENERAL | TRISH.LAZICH@OHIOATTORNEYGENERAL.GOV |
| STATE OF OKLAHOMA ATTORNEY GENERAL | DONNA.HOPE@OAG.OK.GOV |
| STATE OF OREGON ATTORNEY GENERAL | ATTORNEYGENERAL@DOJ.STATE.OR.US |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | CONSUMERS@ATTORNEYGENERAL.GOV |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | AG@RIAG.RI.GOV |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ODCMAIL@SCCOURTS.ORG |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | CONSUMERHELP@STATE.SD.US |
| STATE OF TENNESSEE ATTORNEY GENERAL | AGBANKCAL@AG.TN.GOV; AGBANKDELAWARE@AG.TN.GOV |
| STATE OF UTAH ATTORNEY GENERAL | BANKRUPTCY@AGUTAH.GOV |
| STATE OF VERMONT ATTORNEY GENERAL | AGO.INFO@VERMONT.GOV |

PROJECT SAGE M HOLDINGS OLDCO, INC., *et al.,*
Case No. 24-10245 (JTD)
Electronic Mail Master Service List

| NAME | EMAIL |
|---|---|
| STATE OF WASHINGTON ATTORNEY GENERAL | SERVICEATG@ATG.WA.GOV |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | COMMUNICATIONS@WVAGO.GOV |
| U.S VIRGIN ISLANDS ATTORNEY GENERAL | INFO@USVIDOJ.COM |
| MONZACK MERSKY AND BROWDER, P.A. (COUNSEL TO WASTE MANAGEMENT) | RMERSKY@MONLAW.COM |
| BUCHALTER, P.C. (COUNSEL TO ORACLE AMERICA, INC) | SCHRISTIANSON@BUCHALTER.COM |
| BAKER & HOSTETLER LLP (COUNSEL TO SILIMED-INDUTRIA DE IMPLANTES LTDA) | JJLYONS@BAKERLAW.COM; ALAYDEN@BAKERLAW.COM |
| DUANE MORRIS LLP (COUNSEL TO GI ETS SANTA CLARA 2805 LLC) | ROLINER@DUANEMORRIS.COM; DFSHANAGHER@DUANEMORRIS.COM |
| BULKLEY, RICHARDSON AND GELINAS, LLP (COUNSEL TO BAYSTATE MEDICAL CENTER INC) | MCRESS@BULKLEY.COM |
| FERGUSON BRASWELL FRASER KUBASTA PC (NUANCE INTERMEDIARY LLC) | RSMILEY@FBFK.LAW |
| SAUL EWING LLP ((NUANCE INTERMEDIARY LLC) | MONIQUE.DISABATINO@SAUL.COM |
| DOSHI LEGAL GROUP, P.C. (COUNSEL TO ORACLE AMERICA, INC) | AMISH@DOSHILEGAL.COM |
| BALLARD SPAHR LLP (COUNSEL TO LBA IV-PPI, LLC) | HEILMANL@BALLARDSPAHR.COM; ROGLENL@BALLARDSPAHR.COM; BRANNICKN@BALLARDSPAHR.COM; VESPERM@BALLARDSPAHR.COM |
| ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP (COUNSEL TO LBA IV-PPI, LLC) | IGOLD@ALLENMATKINS.COM |

PROJECT SAGE M HOLDINGS OLDCO, INC., *et al.,*

Case No. 24-10245 (JTD)

Electronic Mail Master Service List

| NAME | EMAIL |
|---|---|
| BLANK ROME (COUNSEL TO TIGER MEDICAL HOLDINGS, LLC) | MIKE.SCHAEDLE@BLANKROME.COM; JORDAN.WILLIAMS@BLANKROME.COM |
| GIBBONS PC (COUNSEL TO RWJ BARNABAS HEALTH) | KEARLE@GIBBONSLAW.COM |