# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| PROJECT SAGE OLDCO, INC., | ) | No. 24-10245 JTD |
| | ) | |
| | ) | |
| Debtors. | ) | Chapter 11 |
| | ) | |

## NOTICE OF WITHDRAWAL OF CLAIM 10151

Pursuant to Fed. R. Bankr. P. 3006, the Tennessee Dept. of Revenue withdraws the following claim:

| | |
|---|---|
| Amount of Claim: | $7,069.00 |
| Date Claim Filed: | July 17, 2024 |
| Claims Agent Number: | 10151 |
| Reason: | Tax returns were filed and satisfied |

Respectfully submitted,

JONATHAN SKRMETTI
Tennessee Attorney General

/s/ Laura L. McCloud
Laura L. McCloud, BPR #16206
Senior Assistant Attorney General
Office of the Attorney General
P.O. Box 20207
Nashville, Tennessee  37202
ph: (615) 532-8933
fax: (615) 741-3334
Email: Laura.Mccloud@ag.tn.gov
Attorney for the TDOR

## CERTIFICATE OF SERVICE

I do hereby certify that, on June 24, 2025, a true and exact copy of the foregoing Withdrawal of TDOR Claim was duly served upon all parties of record who receive notice electronically via the U.S. Bankruptcy Court's CM/ECF system.

/s/ Laura L. McCloud
Laura L. McCloud

**Fill in this information to identify the case:**

Debtor 1  SIENTRA, INC.

Debtor 2 _____
(Spouse, if filing)

Untied States Bankruptcy Court for  Wilmington    District of  DE
(State)

Case number  24-10245

**Post-Petition Claim**

Official Form 410

# Proof of Claim

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Tennessee Department of Revenue
Name of the creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
[X] No.
[ ] Yes.   From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

TDOR c/o Attorney General
Name

PO Box 20207
Number    Street

Nashville    TN    37202-0207
City    State    ZIP Code

Contact phone _____

Contact email _____

Where should payments to the creditor be sent? (if different)

TDOR c/o Bankruptcy Unit
Name

PO Box 190665
Number    Street

Nashville    TN    37219-0665
City    State    ZIP Code

Contact phone _____

Contact email  TDOR.Bankruptcy@tn.gov

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

**4. Does this claim amend one already filed?**
[X] No.
[ ] Yes.   Claim number on court claims registry (if known) _____  Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
[X] No.
[ ] Yes.   Who made the earlier filing? _____

Official Form 410    Proof of Claim    page 1

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use the identify the debtor?**

☐ No.

☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: __**-***1000__

**7. How much is the claim?**

$ 7,069.00 . Does this amount include interest or other charges?

☒ No.

☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any document supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosed information that is entitled to privacy, such as healthcare information.

Taxes

**9. Is all of part of the claim secured?**

☒ No.

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $_____

**Amount of the claim that is secured:** $_____

**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed) _____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☒ No.

☐ Yes. Amount necessary to cure any default as of the date of petition. $_____

**11. Is this claim subject to a right of setoff?**

☒ No.

☐ Yes. Identify the property: _____

Official Form 410                 Proof of Claim                 page 2

| 12. Is all of part of the claim entitled to priority under 11 U.S.C § 507(a)? A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ No.<br>☒ Yes. Check all that apply: | Amount entitled to priority |
|---|---|---|
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ 0.00 |
| | ☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ 0.00 |
| | ☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ 0.00 |
| | ☒ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ 7,069.00 |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ 0.00 |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $ 0.00 |

\* Amounts are subject to adjustment on 4/1/16 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3:   Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.

Check the appropriate box:
☒ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgement that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty or perjury that the foregoing is true and correct.

Executed on date   16-Jul-2024
                   MM / DD / YYYY

x /s/Sherry Grubbs
   Signature

Print the name of the person who is completing and signing this claim:

Name        Sherry                              Grubbs
            First Name        Middle Name       Last Name

Title       Revenue Collection Specialist 2

Company     Tennessee Department of Revenue
            Identify the corporate servicer as the company if the authorized agent is a servicer.

Address     500 Deaderick St
            Number        Street

            Nashville                    TN              37242
            City                         State           ZIP Code

Contact phone   (615) 532-6324           Email   Sherry.Grubbs@tn.gov



**STATE OF TENNESSEE**
**DEPARTMENT OF REVENUE**

## Legal Claims Summary Sheet

| Sientra, Inc. | 24-10245 |
|---|---|
| TAXPAYER'S NAME | CASE NUMBER |

| | 11 |
|---|---|
| BUSINESS NAME | CHAPTER # |

| February 12, 2024 | February 12, 2024 |
|---|---|
| DATE PENALTY & INTEREST THROUGH | DATE PETITION FILED |

| Santa Barbara, CA  93117-3654 | |
|---|---|
| CITY        STATE        ZIP | 1ST CREDITORS MEETING |

| TAX TYPE | ACCT NUMBER | PERIOD END | RTN OR EST | TAX | PENALTY | INTEREST | BALANCE |
|---|---|---|---|---|---|---|---|
| Franchise & Excise | 0322176338 | 12/31/2024 | Estimate | $7,069.00 | $0.00 | $0.00 | $7,069.00 |
| Total | | | | $7,069.00 | $ 0.00 | $ 0.00 | $7,069.00 |