**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PROJECT SAGE OLDCO, INC, *et al.*, | : | Case No. 24-10245 (JTD) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

**MISSOURI DEPARTMENT OF REVENUE'S RESPONSE TO**
**PLAN ADMINISTRATOR'S MOTION FOR ORDER AND FINAL DECREE**

The Missouri Department of Revenue ("MDOR") objects to the Plan Administrator's Motion for Order and Final Decree (I) Closing Chapter 11 Cases: (II) Approving Abandonment of Estate Assets; (III) Authorizing Necessary Wind-Down Actions; (IV) Authorizing Disposition of Undeliverable Distributions; (V) Terminating Retention of Claims and Noticing Agent: (VI) Discharging Plan Administrator; and (VII) Granting Related Relief (the "Motion") on the following grounds:

1. The Missouri Department of Revenue ("MDOR") holds claim No. 10019 against Mist, Inc. (the "Debtor"), one of the debtors in the above captioned cases. Claim No. 10019 is comprised of an unsecured priority tax claim in the amount of $19,113.56 and a general unsecured claim for tax penalties in the amount of $4,181.10.

2. The Plan Administrator states in paragraphs 20 and 21 of the Motion that he has "filed seven omnibus objections seeking the reduction or disallowances of numerous unsecured claims" and that "[a]s a result of the claims reconciliation process, all filed and scheduled claims across all priority levels have been fully and finally resolved."

3. The Plan Administrator did not object to claim No. 10019 in any of the seven omnibus objections.

4. Claim No. 10019 is therefore an allowed claim pursuant to 11 U.S.C. § 502(a).

5. On June 18, 2024, the Court confirmed the Second Amended Joint Plan of Project Sage Oldco Inc. and Its Affiliated Debtors (the "Plan").

6. Pursuant to Article IV.A.3. of the Plan, the Debtor was obligated to pay MDOR's priority tax claim through "equal annual installment payments in Cash, of a total value equal to the Allowed amount of such Priority Tax Claim, over a period ending not later than five (5) years after the Petition Date."

7. The Plan's effective date was June 28, 2024, and the fifth anniversary of the Petition Date will be February 12, 2029.

8. To comply with the Plan and pay MDOR's priority tax claim through "equal annual installment payments in cash" commencing on the effective date and ending no later than the fifth anniversary of the Petition Date, the Debtor was obligated to make six equal annual payments in the amount of $3,185.59 in 2024, 2025, 2026, 2027, 2028, and 2029.

9. The Debtor, however, did not make any payments to MDOR under the Plan in 2024 or 2025.

10. The Debtor is therefore in default under the Plan.

11. In paragraph 22 of the Motion, the Plan Administrator states that "[t]he Plan Administrator has made distributions for allowed priority and section 503(b)(9) claims" and "a first and final distribution to holders of Allowed General Unsecured Claims of approximately 12.7%."

12. MDOR has not received any distributions on its allowed priority claim.

13. MDOR has not received any distributions on its allowed general unsecured claim.

14. In paragraph 33 of the Motion, the Plan Administrator states that "[t]he Plan Administrator has made, or in the near term will make, all Distributions and other payments required under the Plan."

15. If the Debtor intends to make all Distributions "in the near term", this Court postpone entering a final decree closing these cases until such Distributions are actually made.

WHEREFORE, the Missouri Department of Revenue respectfully requests that the Court refrain from closing these cases until all Distributions under the Plan, including payment in full of MDOR's priority claim have been made.

Respectfully submitted,

Catherine Hanaway, Attorney General
State of Missouri

By: /s/ James M. Treece
James M. Treece, Mo. Bar #65681
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street, Room 670
PO Box 475
Jefferson City, MO  65105-0475
(573) 751-5531 FAX (573) 751-7232
james.treece@dor.mo.gov
Attorney for Missouri Department of Revenue

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed electronically and served upon all those who receive electronic notification on September 25, 2025.

/s/ James M. Treece
James M. Treece
Special Assistant Attorney General