# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PROJECT SAGE M HOLDINGS OLDCO, INC., *et al.*,[1] | Case No. 24-10245 (JTD) |
| | (Jointly Administered) |
| Debtors. | |
| | **Ref. Docket Nos. 680-682** |

## CERTIFICATE OF SERVICE

I, HALLIE DREIMAN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 29, 2025, I caused to be served the:

   a. "Certification of Counsel Regarding Order Scheduling Omnibus Hearing Date," dated August 29, 2025 [Docket No. 680],

   b. "Plan Administrator's Motion for Order and Final Decree (I) Closing Chapter 11 Cases; (II) Approving Abandonment of Estate Assets; (III) Authorizing Necessary Wind-Down Actions; (IV) Authorizing Disposition of Undeliverable Distributions; (V) Terminating Retention of Claims and Noticing Agent; (VI) Discharging Plan Administrator; and (VII) Granting Related Relief," dated August 29, 2025 [Docket No. 681], and

   c. "Order Scheduling Omnibus Hearing Date," dated August 29, 2025 [Docket No. 682],

   by causing true and correct copies to be:

   i. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

   ii. delivered via electronic mail to those parties listed on the annexed Exhibit B.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Project Sage Oldco, Inc. (1000); Project Sage M Holdings Oldco, Inc. (4221); Project Sage M Oldco, Inc. (1202); and Project Sage M International Oldco, Inc. (3363). The Debtors' service address is 3333 Michelson Drive, Suite 650, Irvine, CA 92612.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*/s/ Hallie Dreiman*
Hallie Dreiman

**EXHIBIT A**

| Name | Address |
|---|---|
| AMERICAN EXPRESS NATIONAL BANK | C/O BECKET & LEE LLP ATTN: SHRADDHA BHARATIA PO BOX 3001  MALVERN PA 19355-0170 |
| COMMONWEALTH OF PUERTO RICO ATTY | GENERAL ATTN: DOMINGO EMANUELLI HERNANDEZ PO BOX 9020192  SAN JUAN PR 00902-0192 |
| DELAWARE STATE TREASURY | 820 SILVER LAKE BLVD., SUITE 100   DOVER DE 19904 |
| INTERNAL REVENUE SERVICE | P.O. BOX 7346   PHILADELPHIA PA 19101-7346 |
| KILPATRICK TOWNSEND & STOCKTON LLP | 3 TIMES SQ FL 28   NEW YORK NY 100366591 |
| KILPATRICK TOWNSEND & STOCKTON LLP | (COUNSEL TO ELUTIA INC.) ATTN: TODD C. MEYERS, ESQ. 1100 PEACHTREE STREET NE SUITE 2800 ATLANTA GA 30309-4528 |
| NORTHERN MARIANA ISLANDS ATTY | GENERAL ATTN: EDWARD MANIBUSAN CALLER BOX 10007  SAIPAN MP 96950-8907 |
| OFFICE OF THE US ATTORNEY | DISTRICT OF DELAWARE 1313 N. MARKET ST PO BOX 2046  WILMINGTON DE 19801 |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN: STEVE MARSHALL 501 WASHINGTON AVE   MONTGOMERY AL 36104 |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN: STEVE MARSHALL PO BOX 300152   MONTGOMERY AL 36130-0152 |
| STATE OF CALIFORNIA AG | CONSUMER PROTECTION SEC.,BANKR NOTI 455 GOLDEN GATE AVE., STE. 11000   SAN FRANCISCO CA 94102-7004 |
| STATE OF CALIFORNIA ATTORNEY | GENERAL ATTN: ROB BONTA 1300 'I' ST  SACRAMENTO CA 95814-2919 |
| STATE OF FLORIDA ATTORNEY GENERAL | ATTN: ASHLEY MOODY PL 01 THE CAPITOL   TALLAHASSEE FL 32399-1050 |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: KWAME RAOUL 100 W RANDOLPH ST   CHICAGO IL 60601 |
| STATE OF INDIANA ATTORNEY GENERAL | ATTN: TODD ROKITA INDIANA GOVERNMENT CENTER SOUTH 302 W WASHINGTON ST, 5TH FL  INDIANAPOLIS IN 46204 |
| STATE OF KANSAS ATTORNEY GENERAL | ATTN: KRIS W. KOBACH 120 SW 10TH AVE, 2ND FL   TOPEKA KS 66612 |
| STATE OF KENTUCKY ATTORNEY GENERAL | ATTN: DANIEL CAMERON 700 CAPITOL AVE, STE 118   FRANKFORT KY 40601-3449 |
| STATE OF MASSACHUSETTS AG | ATTN: ANDREA JOY CAMPBELL 1 ASHBURTON PLACE, 20TH FL   BOSTON MA 02108-1518 |
| STATE OF MINNESOTA ATTORNEY GENERAL | ATTN: KEITH ELLISON 445 MINNESOTA ST STE 1400   ST. PAUL MN 55101-2131 |
| STATE OF MISSISSIPPI ATTORNEY | GENERAL ATTN: LYNN FITCH PO BOX 220  JACKSON MS 39205 |
| STATE OF MONTANA ATTORNEY GENERAL | ATTN: AUSTIN KNUDSEN JUSTICE BLDG 215 N SANDERS ST  HELENA MT 59601 |
| STATE OF NEW JERSEY AG | MATTHEW J. PLATKIN 25 MARKET ST - PO BOX 080   TRENTON NJ 08625-0080 |
| STATE OF NEW MEXICO AG | ATTN: RAUL TORREZ 408 GALISTEO ST, VILLAGRA BLDG   SANTA FE NM 87501 |
| STATE OF NORTH CAROLINA ATTORNEY | GENERAL ATTN: JOSH STEIN PO BOX 629  RALEIGH NC 27602-0629 |
| STATE OF NORTH CAROLINA ATTORNEY | GENERAL ATTN: JOSH STEIN 9001 MAIL SERVICE CTR  RALEIGH NC 27699-9001 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON 300 W 15TH ST   AUSTIN TX 78701 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON PO BOX 12548   AUSTIN TX 78711-2548 |
| STATE OF VIRGINIA ATTORNEY GENERAL | ATTN: JASON MIYARES 202 N NINTH ST   RICHMOND VA 23219 |

| Name | Address |
|---|---|
| STATE OF WISCONSIN ATTORNEY GENERAL | ATTN: JOSH KAUL WISCONSIN DEPARTMENT OF JUSTICE 17 PO BOX 7857 MADISON WI 53703-7857 |
| STATE OF WYOMING ATTORNEY GENERAL | ATTN: BRIDGET HILL 109 STATE CAPITAL 200 W. 24TH ST  CHEYENNE WY 82002 |
| U.S. DEPARTMENT OF JUSTICE | 950 PENNSYLVANIA AVENUE, NW    WASHINGTON DC 20530-0001 |

# Total Count: 31

**EXHIBIT B**

Project Sage M Holdings Oldco, Inc., *et al*.,
Case No. 24-10245 (JTD)
Email Master Service List

| Name | Email Address |
| --- | --- |
| PACHULSKI STANG ZIEHL & JONES LLP (DEBTORS' COUNSEL) | mcaloway@pszjlaw.com |
| DELAWARE DEPARTMENT OF JUSTICE | attorney.general@delaware.gov |
| INTERNAL REVENUE SERVICE | charles.messing@irs.gov; dennis.moody@irs.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | john.schanne@usdoj.gov |
| SECRETARY OF STATE/DIV OF REVENUE | dosdoc_ftax@delaware.gov |
| SECURITIES & EXCHANGE COMMISSION | secbankruptcy-ogc-ado@sec.gov |
| SECURITIES & EXCHANGE COMMISSION | ocr@sec.gov |
| LORI LAPIN JONES PLLC | ljones@jonespllc.com |
| SIMATRIX, INC (COMMITTEE OF UNSECURED CREDITORS) | michael.kelley@lubrizol.com |
| FORMULATED SOLUTIONS, LLC (COMMITTEE OF UNSECURED CREDITORS) | bschumm@formulatedsolutions.com |
| VERANEX, INC (COMMITTEE OF UNSECURED CREDITORS) | carrie.randa@veranex.com |
| SYNEOS HEALTH, LLC (COMMITTEE OF UNSECURED CREDITORS) | agustin.zemborain@syneoshealth.com |
| THE EXHIBIT COMPANY, INC (COMMITTEE OF UNSECURED CREDITORS) | rich.realbuto@exhibitcompanyinc.com |
| MISSION PLASTICOS FOUNDATON (COMMITTEE OF UNSECURED CREDITORS) | susan@missionplasticos.org |
| REALTIME MEDIA, LLC (COMMITTEE OF UNSECURED CREDITORS) | mmcsunas@rtm.com |
| COLE SCHOTZ P.C. (COUNSEL TO UCC) | jalberto@coleschotz.com; preilley@coleschotz.com; snewman@coleschotz.com |
| POTTER ANDERSON & CORROON LLP (COUNSEL TO DEERFIELD PARTNERS L.P.) | csamis@potteranderson.com; astulman@potteranderson.com; gflasser@potteranderson.com |
| SULLIVAN & CROMWELL LLP (COUNSEL TO DEERFIELD PARTNERS L.P.) | aklilud@sullcrom.com; blauta@sullcrom.com; bellerb@sullcrom.com; anselmij@sullcrom.com; thirym@sullcrom.com; rosenthald@sullcrom.com |
| DISTRICT OF COLUMBIA ATTORNEY GENERAL | oag@dc.gov |
| OFFICE OF THE ATTORNEY GENERAL OF GUAM | administration@oagguam.org |
| STATE OF ALASKA ATTORNEY GENERAL | attorney.general@alaska.gov |
| STATE OF AMERICAN SAMOA ATTORNEY GENERAL | ag@la.as.gov |
| STATE OF ARIZONA ATTORNEY GENERAL | aginfo@azag.gov |
| STATE OF ARKANSAS ATTORNEY GENERAL | oag@arkansasag.gov |

Project Sage M Holdings Oldco, Inc., *et al*.,
Case No. 24-10245 (JTD)
Email Master Service List

| Name | Email Address |
|---|---|
| STATE OF COLORADO ATTORNEY GENERAL | attorney.general@coag.gov |
| STATE OF CONNECTICUT ATTORNEY GENERAL | attorney.general@ct.gov |
| STATE OF DELAWARE ATTORNEY GENERAL | attorney.general@delaware.gov |
| STATE OF GEORGIA ATTORNEY GENERAL | agcarr@law.ga.gov |
| STATE OF HAWAII ATTORNEY GENERAL | hawaiiag@hawaii.gov |
| STATE OF IDAHO ATTORNEY GENERAL | bankruptcy@ag.idaho.gov |
| STATE OF IOWA ATTORNEY GENERAL | webteam@ag.iowa.gov |
| STATE OF LOUISIANA ATTORNEY GENERAL | constituentservices@ag.louisiana.gov |
| STATE OF MAINE ATTORNEY GENERAL | attorney.general@maine.gov |
| STATE OF MARYLAND ATTORNEY GENERAL | oag@oag.state.md.us |
| STATE OF MICHIGAN ATTORNEY GENERAL | miag@michigan.gov |
| STATE OF MICHIGAN ASSISTANT ATTORNEY GENERAL | millerj51@michigan.gov |
| STATE OF MISSOURI ATTORNEY GENERAL | attorney.general@ago.mo.gov |
| STATE OF NEBRASKA ATTORNEY GENERAL | nedoj@nebraska.gov |
| STATE OF NEVADA ATTORNEY GENERAL | aginfo@ag.nv.gov |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | attorneygeneral@doj.nh.gov |
| STATE OF NEW YORK ATTORNEY GENERAL | martin.mooney@ag.ny.gov |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | ndag@nd.gov |
| STATE OF OHIO ATTORNEY GENERAL | trish.lazich@ohioattorneygeneral.gov |
| STATE OF OKLAHOMA ATTORNEY GENERAL | donna.hope@oag.ok.gov |
| STATE OF OREGON ATTORNEY GENERAL | attorneygeneral@doj.state.or.us |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | consumers@attorneygeneral.gov |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | ag@riag.ri.gov |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | odcmail@sccourts.org |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | consumerhelp@state.sd.us |
| STATE OF TENNESSEE ATTORNEY GENERAL | agbankcal@ag.tn.gov; agbankdelaware@ag.tn.gov |
| STATE OF UTAH ATTORNEY GENERAL | bankruptcy@agutah.gov |
| STATE OF VERMONT ATTORNEY GENERAL | ago.info@vermont.gov |

Project Sage M Holdings Oldco, Inc., *et al*.,
Case No. 24-10245 (JTD)
Email Master Service List

| Name | Email Address |
| --- | --- |
| STATE OF WASHINGTON ATTORNEY GENERAL | serviceatg@atg.wa.gov |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | communications@wvago.gov |
| U.S VIRGIN ISLANDS ATTORNEY GENERAL | info@usvidoj.com |
| MONZACK MERSKY AND BROWDER, P.A. (COUNSEL TO WASTE MANAGEMENT) | rmersky@monlaw.com |
| BUCHALTER, P.C. (COUNSEL TO ORACLE AMERICA, INC) | schristianson@buchalter.com |
| BAKER & HOSTETLER LLP (COUNSEL TO SILIMED- INDUTRIA DE IMPLANTES LTDA) | jjlyons@bakerlaw.com; alayden@bakerlaw.com |
| DUANE MORRIS LLP (COUNSEL TO GI ETS SANTA CLARA 2805 LLC) | roliner@duanemorris.com; dfshanagher@duanemorris.com |
| BULKLEY, RICHARDSON AND GELINAS, LLP (COUNSEL TO BAYSTATE MEDICAL CENTER INC) | mcress@bulkley.com |
| FERGUSON BRASWELL FRASER KUBASTA PC (NUANCE INTERMEDIARY LLC) | rsmiley@fbfk.law |
| SAUL EWING LLP ((NUANCE INTERMEDIARY LLC) | monique.disabatino@saul.com |
| DOSHI LEGAL GROUP, P.C. (COUNSEL TO ORACLE AMERICA, INC) | amish@doshilegal.com |
| BALLARD SPAHR LLP (COUNSEL TO LBA IV-PPI, LLC) | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; brannickn@ballardspahr.com; vesperm@ballardspahr.com |
| ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP (COUNSEL TO LBA IV-PPI, LLC) | igold@allenmatkins.com |
| BLANK ROME (COUNSEL TO TIGER MEDICAL HOLDINGS, LLC) | mike.schaedle@blankrome.com; jordan.williams@blankrome.com |
| GIBBONS PC (COUNSEL TO RWJ BARNABAS HEALTH) | kearle@gibbonslaw.com |