## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Project Sage Oldco, Inc., *et al.*, | ) | Case No. 24-10245 (CTG) |
| | ) | |
| Debtors. | ) | |
| _____ | ) | |

## ORDER OF REASSIGNMENT OF JUDGE

IT IS HEREBY ORDERED that the above captioned Chapter 11 case (and all

jointly administered cases, associated cases, and associated adversary proceedings) is

**reassigned** to the **Honorable Craig T. Goldblatt** for all further proceedings and

dispositions.[1]

Dated: September 17, 2025

_____
KAREN B. OWENS, U.S.B.C. Chief Judge

---

[1] When filing papers, please include the initials of the Judge assigned to the case.