IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Project Sage Oldco, Inc., *et al.*,[1] | ) | Case No. 24-10245 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF RESCHEDULED OMNIBUS HEARING DATE FROM SEPTEMBER 24, 2025 AT 11:00 A.M. (EASTERN TIME) TO OCTOBER 10, 2025 AT 10:00 A.M. (EASTERN TIME)**

**PLEASE TAKE NOTICE** that the omnibus hearing scheduled for September 24, 2025 at 11:00 a.m. (Eastern Time) (the "September 24th Hearing") has been rescheduled to **October 10, 2025 at 10:00 a.m. (Eastern Time)** (the "October 10th Hearing"). Any matters scheduled for the September 24th Hearing will be heard at the October 10th Hearing. The October 10th Hearing will be held before the Honorable Craig T. Goldblatt, United States Bankruptcy Court Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801.

[*Remainder of Page Intentionally Blank*]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Project Sage Oldco, Inc. (f/k/a Sientra, Inc.) (1000); Project Sage M Holdings Oldco, Inc. (f/k/a Mist Holdings, Inc.) (4221); Project Sage M Oldco, Inc. (f/k/a Mist, Inc.) (1202); and Project Sage M International Oldco, Inc. (f/k/a Mist International, Inc.) (3363). The Debtors' service address is 3333 Michelson Drive, Suite 650, Irvine, CA 92612.

4930-1744-7530.1 79023.00001

| | |
|---|---|
| Dated: September 17, 2025 | **PACHULSKI STANG ZIEHL & JONES LLP**<br><br>*/s/ Peter J. Keane*<br>Laura Davis Jones (DE Bar No. 2436)<br>David M. Bertenthal (CA Bar No. 167624)<br>Timothy P. Cairns (DE Bar No. 4228)<br>Peter J. Keane (DE Bar No. 5503)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone:   (302) 652-4100<br>Facsimile:    (302) 652-4400<br>Email: ljones@pszjlaw.com<br>           dbertenthal@pszjlaw.com<br>           tcairns@pszjlaw.com<br>           pkeane@pszjlaw.com<br><br>*Co-Counsel to the Plan Administrator* |