**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| PROJECT SAGE OLDCO, INC, *et al.*, | : | Case No. 24-10245 (JTD) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |

**NOTICE OF WITHDRAWAL**

The Missouri Department of Revenue's Response to Plan Administrator's Motion for Order and Final Decree is hereby withdrawn.

>Catherine Hanaway, Attorney General
>State of Missouri
>
>By: */s/ James M. Treece*
>James M. Treece, Mo. Bar #65681
>Special Assistant Attorney General
>Missouri Department of Revenue
>General Counsel's Office
>301 W. High Street, Room 670
>PO Box 475
>Jefferson City, MO  65105-0475
>(573) 751-5531 FAX (573) 751-7232
>james.treece@dor.mo.gov
>Attorney for Missouri Department of Revenue

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed electronically and served upon all those who receive electronic notification on September 23, 2025.

>*/s/ James M. Treece*
>James M. Treece
>Special Assistant Attorney General