**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| PROJECT SAGE OLDCO, INC., | ) | Case No. 24-10245 (CTG) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 20-5551000 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| PROJECT SAGE M HOLDINGS OLDCO, INC., | ) | Case No. 24-10246 (CTG) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 80-0884221 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| PROJECT SAGE M OLDCO, INC., | ) | Case No. 24-10247 (CTG) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 20-4641202 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| PROJECT SAGE M INTERNATIONAL OLDCO, INC., | ) | Case No. 24-10248 (CTG) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 35-2633363 | ) | |

**ORDER AND FINAL DECREE (I) CLOSING**
**CHAPTER 11 CASES; (II) APPROVING ABANDONMENT OF ESTATE ASSETS;**
**(III) AUTHORIZING NECESSARY WIND-DOWN ACTIONS; (IV) AUTHORIZING**
**DISPOSITION OF UNDELIVERABLE DISTRIBUTIONS; (V) TERMINATING**
**RETENTION OF CLAIMS AND NOTICING AGENT; (VI) DISCHARGING**
**PLAN ADMINISTRATOR; AND (VII) GRANTING RELATED RELIEF**

Upon consideration of the Plan Administrator's motion (the "Motion")[1] seeking entry of an order and final decree (this "Order"), pursuant to sections 105(a) and 350 of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 3022-1:   (i) closing the Chapter 11 Cases; (ii) approving the abandonment of any remaining estate assets; (iii) authorizing the Plan Administrator to take any necessary actions to complete the wind-down of the Debtors, including but not limited to completion of any necessary tax filings, making payments to the Debtors' professionals, and making any necessary filings to dissolve the Debtor entities; (iv) authorizing the Plan Administrator to dispose of undeliverable distributions; (v) terminating the retention of the claims and noticing agent, Epiq Corporate Restructuring, LLC ("Epiq"), appointed in the Chapter 11 Cases; (vi) discharging the Plan Administrator; and (vii) granting related relief, all as more fully set forth in the Motion; and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that it may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and the Court having found that notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and the Court having reviewed the Motion and having determined that the legal and factual bases set forth in the Motion establish just cause for

---

[1]    Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED as set forth herein.

2.      Pursuant to section 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022, Local Rule 3022-1, and Section IV.D.19 of the Plan, effective as of the date of entry of this Order, the following Chapter 11 Cases hereby closed:

| Debtor | Case No. |
|---|---|
| Project Sage Oldco, Inc. (f/k/a Sientra, Inc.) | 24-10245 |
| Project Sage M Holdings Oldco, Inc. (f/k/a Mist Holdings, Inc.) | 24-10246 |
| Project Sage M Oldco, Inc. (f/k/a Mist, Inc.) | 24-10247 |
| Project Sage M International Oldco, Inc. (f/k/a Mist International, Inc.) | 24-10248 |

3.      The Plan Administrator's abandonment of any remaining assets of the Debtors' estates is approved.

4.      The Plan Administrator is authorized to take any necessary actions to complete the wind-down of the Debtors, including but not limited to, completion of any necessary tax filings, making payments to the Debtors' and Plan Administrator's professionals, and making any necessary filings to dissolve the Debtor entities.

5.      The Plan Administrator is authorized to dispose of any undeliverable distributions, including, but not limited to, by making donations to charity.

6.      Pursuant to Local Rule 2002-1(f), except as otherwise set forth in this paragraph, Epiq is relieved of any further obligations with respect to claim and noticing services effective

immediately upon entry of this Order.  In accordance with Local Rule 2002-1(f)(ix), within 28 days after the date of entry of this Order, Epiq shall:  (i) forward to the Clerk an electronic version of all imaged claims; (ii) upload the creditor mailing list into CM/ECF; (iii) docket a final claims register; and (iv) box and transport all original claims to the Philadelphia Federal Records Center, 14470 Townsend Road, Philadelphia, Pennsylvania 19154 and docket a completed SF-135 Form indicating the accession and location numbers of the archived claims.

7.      Immediately upon entry of this Order, and without further order of the Court, the Plan Administrator shall have fully discharged his respective duties with respect to the Plan and the Debtors' estates and shall be deemed discharged from his respective duties and obligations in the Chapter 11 Cases, and the Plan Administrator shall be discharged and released from all liability related to the Chapter 11 Cases, such that thereafter, no entity or governmental unit shall have any claim against the Plan Administrator or any of the Debtors' estates.

8.      To the extent not already paid, the fees required to be paid to the U.S. Trustee pursuant to 28 U.S.C. § 1930(a)(6) shall be paid by the Plan Administrator as soon as reasonably practicable after the date of entry of this Order.

9.      Entry of this Order shall be without prejudice to the rights of the Plan Administrator or any other party in interest to seek to reopen any of the Chapter 11 Cases for cause.

10.      The Plan Administrator is authorized to take all actions necessary or appropriate to effect the relief granted in this Order.

11.      The Clerk of the Court shall enter this Order on the docket of each of the Chapter 11 Cases, and thereafter the dockets of each of the Chapter 11 Cases shall be marked as "Closed."

12.      Notwithstanding any stay that might be applicable to this Order, this Order shall be effective and enforceable immediately upon entry hereof.

4926-9892-3602.5 79023.00001                    4

5

13.     This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.


**Dated: September 24th, 2025**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**