UNITED STATES BANKRUPTCY COURT

DISTRICT OF Delaware

In re: Project Sage Oldco, Inc. (f/k/a Sientra, Inc.)

§
§
§
§

Debtor(s)

Case No. 24-10245

Lead Case No. 24-10245

☒ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 09/24/2025

Petition Date: 02/12/2024

Plan Confirmed Date: 06/18/2024

Plan Effective Date: 06/28/2024

This Post-confirmation Report relates to: ◉ Reorganized Debtor

○ Other Authorized Party or Entity: _____
Name of Authorized Party or Entity

/s/ Timothy P. Cairns
Signature of Responsible Party

10/17/2025
Date

Timothy P. Cairns
Printed Name of Responsible Party

919 N. Market St., 17th Floor
Wilmington, DE 19801
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Project Sage Oldco, Inc. (f/k/a Sientra, Inc.)                              Case No.  24-10245

## Part 1: Summary of Post-confirmation Transfers

|   | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $1,304,994 | $14,182,971 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $1,304,994 | $14,182,971 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor | | Aggregate Total | $562,294 | $16,643,274 | $562,294 | $16,643,274 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Berkeley Research Group | Financial Professional | $336,919 | $3,976,220 | $336,919 | $3,976,220 |
| | ii | Pachulski Stang Ziehl & Jones | Co-Counsel | $210,770 | $2,709,143 | $210,770 | $2,709,143 |
| | iii | EPIQ Corporate Restructuring L | Other | $14,606 | $878,145 | $14,606 | $878,145 |
| | iv | Kirkland & Ellis LLP | Lead Counsel | $0 | $1,693,335 | $0 | $1,693,335 |
| | v | Stifel, Nicolaus & Company | | $0 | $2,800,549 | $0 | $2,800,549 |
| | vi | White & Case LLP | | $0 | $1,845,215 | $0 | $1,845,215 |
| | vii | Cole Schotz P.C. | | $0 | $246,475 | $0 | $246,475 |
| | viii | Province, LLC | | $0 | $1,295,843 | $0 | $1,295,843 |
| | ix | Sullivan & Cromwell | | $0 | $909,684 | $0 | $909,684 |
| | x | Potter Anderson | | $0 | $251,800 | $0 | $251,800 |
| | xi | Lori Lapin Jones PLLC | | $0 | $36,865 | $0 | $36,865 |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |

Debtor's Name Project Sage Oldco, Inc. (f/k/a Sientra, Inc.)    Case No. 24-10245

| | | | | | | |
|---|---|---|---|---|---|---|
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxviii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |

Debtor's Name Project Sage Oldco, Inc. (f/k/a Sientra, Inc.)    Case No. 24-10245

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvii | | | | | | |
| lxxxviii | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | | *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |

UST Form 11-PCR (12/01/2021)          4

Debtor's Name: Project Sage Oldco, Inc. (f/k/a Sientra, Inc.)  Case No. 24-10245

| | | | | | | |
|---|---|---|---|---|---|---|
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxviii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |

Debtor's Name Project Sage Oldco, Inc. (f/k/a Sientra, Inc.)     Case No. 24-10245

| | | | | | | |
|---|---|---|---|---|---|---|
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxviii | | | | | |
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvii | | | | | |
| | lxxxviii | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |

Debtor's Name Project Sage Oldco, Inc. (f/k/a Sientra, Inc.)  Case No. 24-10245

|    |        |   |   |   |   |   |
|----|--------|---|---|---|---|---|
|    | xci    |   |   |   |   |   |
|    | xcii   |   |   |   |   |   |
|    | xciii  |   |   |   |   |   |
|    | xciv   |   |   |   |   |   |
|    | xcv    |   |   |   |   |   |
|    | xcvi   |   |   |   |   |   |
|    | xcvii  |   |   |   |   |   |
|    | xcviii |   |   |   |   |   |
|    | xcix   |   |   |   |   |   |
|    | c      |   |   |   |   |   |
|    | ci     |   |   |   |   |   |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

|                            | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|----------------------------|---------------------------------------|----------------------|-----------------|----------------|--------------------------|
| a. Administrative claims   | $15,147,997                           | $780,238             | $13,658,215     | $26,408,919    | 52%                      |
| b. Secured claims          | $50,330,392                           | $0                   | $30,330,392     | $98,302,235    | 31%                      |
| c. Priority claims         | $0                                    | $0                   | $0              | $0             | 0%                       |
| d. General unsecured claims| $525,000                              | $524,756             | $524,756        | $64,822,833    | 1%                       |
| e. Equity interests        | $0                                    | $0                   | $0              |                |                          |

**Part 4: Questionnaire**

a. Is this a final report?    Yes ● No ○
  If yes, give date Final Decree was entered: 09/24/2025
  If no, give date when the application for Final Decree is anticipated: _____
b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ● No ○

Debtor's Name Project Sage Oldco, Inc. (f/k/a Sientra, Inc.)   Case No. 24-10245

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ Bob Butler  
Signature of Responsible Party  
Plan Administrator  
Title

Bob Butler  
Printed Name of Responsible Party  
10/17/2025  
Date

Debtor's Name Project Sage Oldco, Inc. (f/k/a Sientra, Inc.)  Case No. 24-10245


Page 1


Other Page 1


Page 2 Minus Tables


Bankruptcy Table 1-50

Debtor's Name Project Sage Oldco, Inc. (f/k/a Sientra, Inc.)  Case No. 24-10245



Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page

UST Form 11-PCR (12/01/2021)         10

| | |
|---|---|
| **Debtor** | **Case Number** |
| Project Sage Oldco, Inc. (f/k/a Sientra, Inc.) | 24-10245 |

**General Notes to the PCR:**
On February 12th, 2024 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their business and managing their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On February 13, 2024, the court entered an order [Docket No. 2] authorizing joint administration and procedural consolidation of these chapter 11 cases pursuant to Bankruptcy Rule 1015(b). On February 23, 2024, the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed an Official Committee of Unsecured Creditors (the "Creditors Committee") [Docket No. 102]. No request for the appointment of a trustee or examiner has been made in these chapter 11 cases. On September 24, 2025, the Debtors filed a Final Decree Order closing these chapter 11 cases. This Post-Confirmation Report covers the quarter defined as the period from July 1, 2025 through September 24, 2025.

The Debtors are filing their Post-Confirmation Report solely for the purposes of complying with the Post-Confirmation reporting requirements applicable in the Debtors' chapter 11 cases. The financial and supplemental information contained herein is presented on a preliminary and unaudited basis, remains subject to future adjustments and may not comply in all material respects with generally accepted accounting principles in the United States of America ("U.S. GAAP") or International Financial Reporting Standards ("IFRS"). This Post-Confirmation Report should not be relied on by any persons for information relating to future financial conditions, events, or performance of any of the Debtors or their affiliates.

The financial information has been derived from the books and records of the Debtors. This information, however, has not been subject to certain procedures that would typically be applied to financial information in accordance with U.S. GAAP or IFRS, and upon application of such procedures, the Debtors believe that the financial information could be subject to changes, which could be material.

The Debtors reserve all rights to amend or supplement this Post-Confirmation Report in all respects, as may be necessary or appropriate. Nothing contained in this Post-Confirmation Report shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 cases.

**Notes to PCR Part 1:**
The Debtors paid approved state tax payments, professional fees, and U.S. Trustee fees for the period of the second (April 1, 2025 through June 30, 2025) and third (July 1, 2025 through September 24, 2025) quarters of 2025 in the ordinary course of business. Additionally, the Debtors distributed funds to claimants for certain 503(b)(9) Claims and General Unsecured Claims in the above defined third quarter.

On September 19, 2025, the Debtors prepaid U.S. Trustee fees for the period from July 1, 2025 through September 24, 2025 in the following amounts: $27,993 (Project Sage Oldco, Inc. f/k/a Sientra, Inc.), $250 (Project Sage M Holdings Oldco, Inc. f/k/a Mist Holdings, Inc.), $250 (Project Sage M Oldco, Inc. f/k/a Mist, Inc.), and $250 (Project Sage M International Oldco, Inc. f/k/a Mist International, Inc.). These prepaid U.S. Trustee fees were calculated to reflect the distribution of all remaining cash on hand as of September 24, 2025, and all cash disbursements for the period

| | |
|---|---:|
| **Debtor** | **Case Number** |
| Project Sage Oldco, Inc. (f/k/a Sientra, Inc.) | 24-10245 |

from July 1, 2025 through September 24, 2025. Cash on hand as of September 24, 2025 will be paid to the Debtors, professionals, consultants and other vendors as well as to Deerfield Capital Management.

Additionally, on September 19, 2025, the Debtors paid $32,000 in accrued U.S. Trustee fees earned during the second quarter of 2025 (period from April 1, 2025 through June 30, 2025). This fee was attributed to U.S. Trustee fees calculated with respect to the $4,000,000 distribution made by the Debtors to secured lender Deerfield Capital Management on April 1, 2025. This aforementioned $32,000 U.S. Trustee fee obligation has now been fully satisfied by Project Sage Oldco, Inc. (f/k/a Sientra, Inc.)'s payment of U.S. Trustee fees, in accordance with the terms of the Final Decree Motion.

**Notes to PCR Part 2:**
The Debtors made payments of $562,294 to estate bankruptcy professionals from July 1, 2025 to September 24, 2025.

**Notes to PCR Part 3:**
The Debtors made distributions of $780,238 for Administrative Claims, including $83,393 of 503(b)(9) Claims, and $524,756 to General Unsecured Claims from July 1, 2025 to September 24, 2025 in accordance with the Debtors' Plan Settlement.